1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 096737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   Sayuri K. Sharper (Bar No. 232331)
4  sayurisharper@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100
   Attorneys for Defendant
7  Intuit Inc.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. _____<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT** |

51276/2222797.1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL
Case No. _____

I, Anel Rice, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065, which is located in the State where the mailing described in the following paragraph took place.

3. On September 17, 2007, I deposited in the United States Mail at 555 Twin Dolphin Drive, California, copies of the Notice to Adverse Party and State Court of Removal to Federal Court dated September 17, 2007, a copy of which is attached to this Certificate, addressed to attorneys for the Plaintiff, Walter J. Lack, Paul A. Traina, Andrew Sher, and Alexander B. Klein, III. In addition, I also sent by electronic mail transmission a PDF format copy of the documents to Walter J. Lack and Paul A. Traina.

I declare under the laws of the United States that the foregoing is true and correct. Executed on 17th day of September, 2007 in Redwood Shores, California.

_____
Anel Rice