ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Attorneys for Defendant
Intuit Inc.

FILED
SEP 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated

    Plaintiff,

v.

INTUIT INC., and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. C07 04788

DECLARATION OF KEN WACH IN SUPPORT OF INTUIT INC.'S NOTICE OF REMOVAL

I, Ken Wach, declare as follows:

1. I am the Vice President of Finance at Intuit Inc. ("Intuit"), defendant in the above-referenced action. I make this declaration upon personal knowledge and, if called and sworn as a witness, I could and would testify as to the matters set forth in this declaration.

2. I understand that in the complaint in this action, the Plaintiff defines the alleged "class" on behalf of which suit is brought as: "All persons and entities in the United States (excluding Defendant, its affiliates and all governmental entities) who owned QuickBooks,

51276/2222318.1

DECLARATION OF KEN WACH IN SUPPORT OF INTUIT INC.'S NOTICE OF REMOVAL
Case No. _____

financial software, Versions 2004 through 2006, on or before October 1, 2006 and who purchased and installed QuickBooks 2007 Software or downloaded and installed an automatic upgrade to QuickBooks 2006 Software on or after October 1, 2006." [Complaint, ¶17]  I understand from this definition that the alleged class consists of the number of persons or entities who purchased any version of QuickBooks 2004, 2005 or 2006 as of October 1, 2006, and then of those persons or entities, the number who, after October 1, 2006, either upgraded to the 2007 version or downloaded and installed an automatic upgrade to QuickBooks 2006 Software. Thus, to determine the number of potential class members, I must determine the number of units of QuickBooks 2004, 2005 and 2006 Intuit sold **and** the number of those purchasers that either upgraded to the 2007 version of QuickBooks or downloaded and installed an automatic upgrade to QuickBooks 2006 software. This calculation is set forth in paragraph 3, below.

3.    Intuit may not be able to determine precisely the number or identity of individuals and entities that might comprise the class as Plaintiff has defined it in her complaint, but based on the records that Intuit does keep, Intuit is able to estimate that number. Based on information available to Intuit and the public, Intuit sold approximately 1.1 million units of QuickBooks 2004, 1.3 million units of QuickBooks 2005, and 1.5 million units of QuickBooks 2006. Intuit estimates that of the more than 3.9 million people or business who bought QuickBooks 2004, 2005 and 2006, no fewer than 27,778 - 34,333 persons or businesses also after October 1, 2006, either upgraded to the 2007 version or downloaded and installed an automatic upgrade to QuickBooks 2006 Software. And, this number is most likely to be no less than 500,000. (This makes sense, since Intuit projects 1.7 million unit sales of QuickBooks 2007 this year, and more than 27,778 - 34,333 of these purchases came from prior QuickBooks owners).

4.    The second part of determining whether this case has at least $5 million in controversy is to determine the type of damages Plaintiff is alleging. Plaintiff, on behalf of the class, seeks (a) "Compensatory and Consequential Damages according to proof"; (b) "an Order of Disgorgement and/or restitution in an amount according to proof"; (c) "an Order preliminarily and permanently enjoining Defendants from engaging in practice challenged" in the complaint;

1  (d) "prejudgment interests to the extent permitted by law"; (e) "an award of attorneys' fees, costs
2  and expenses incurred in the investigation, filing and prosecution of this Action." [Prayer for
3  Relief; see also Complaint ¶20d]  Plaintiff also alleges putative class members have suffered
4  "physical loss to their prior versions of QuickBooks software and seek "restitution of money
5  and/or property in which Plaintiff and class members have a vested interest." [Complaint ¶¶13
6  and 39; see also ¶¶41&44 (seeking damages for Intuit's alleged breach of contract for Plaintiff
7  and Class Members' alleged purchase of QuickBooks 2007); ¶¶46&47 (seeking damages for
8  Intuit's alleged interference "with the basic payroll software features or components of
9  QuickBooks financial software, version 2004 through 2006.")  Plaintiff alleges that the amount
10 of monies that the Plaintiff and class members have "invested" in Intuit's products takes either of
11 two forms:

12     a.   First, Plaintiff alleges that members of the class bought and owned
13 QuickBooks 2004, 2005 or 2006. Based on publicly available information, the price that this
14 software would have cost such customers would have been in the range of $180 per product.  If
15 each of the at least 27,778 persons described in paragraph 3, above, was only seeking recovery in
16 this suit of their original purchase price in QuickBooks, then the class would be seeking more
17 than $5,000,000 from Intuit in this suit.

18     b.   Second, Plaintiff alleges that members of the alleged class invested an
19 additional $150.00 to $199.00 before sales taxes in Intuit's "fee-based payroll services options
20 requiring annual (recurring) subscriptions with one-year fees for QuickBooks Standard
21 Payroll." [Complaint ¶4; see also, ¶16 ("QuickBooks financial software owners have incurred
22 fees and costs and will continue to incur additional costs in the future, including, without
23 limitation annual fee-based payroll services subscription fees and sales taxes associated with the
24 Basic Payroll Lockout Scheme. Furthermore, Defendant's customer incurred other financial
25 burdens, including but not limited to, damages associated [sic] the loss of software features or
26 components.")]  If each of the 27,778 - 34,333 persons described in paragraph 3, above, was only
27 seeking recovery in this suit of their investment in fee-based payroll services options, then the
28 class would be seeking more than $5,000,000 from Intuit in this suit.

5. By offering this declaration, Intuit is not suggesting or admitting that, in fact, there is any cognizable class, that Intuit has engaged in any wrongdoing, or that Intuit's conduct has caused anyone any injury or damages. I am only assuming that Plaintiff in this case seeks recovery under the terms of the complaint filed in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on September 17, 2007, at Mountain View, California.

*/s/ Kenneth Wach*

Ken Wach