QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Intuit Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated, | CASE NO. C 07-04788 RS |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| INTUIT INC., and DOES 1 through 100, inclusive, | |
| Defendant. | |

51276/2225453.1
PROOF OF SERVICE
Case No. C 07-04788 RS

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On September 19, 2007, I served true copies of the following document(s) described as

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

2. MAGISTRATE JUDGE RICHARD SEEBORG'S STANDING ORDER RE INITIAL CASE MANAGEMENT;

3. STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;

4. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;

6. ECF REGISTRATION INFORMATION HANDOUT;

7. NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION.

on the parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2007, at Redwood Shores, California.

Anel Rice

51276/2225453.1
PROOF OF SERVICE
Case No. C 07-04788 RS

**DEFATTA V. INTUIT INC.**

**SERVICE LIST**

Attorneys for Plaintiff

Walter J. Lack (Bar No. 57550)
Paul A. Traina (Bar No. 155805)
ENGSTROM, LIPSCOMB & LACK, P.C.
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Email:  wlack@elllaw.com
        ptraina@elllaw.com


Andrew Sher (Texas Bar No. 007899623)
THE SHER LAW FIRM
4152 Southwest freeway, Suite 435
Houston, TX 77027
Telephone: (713) 626-2100
Facsimile: (713) 626-2101


Alexander B. Klein, III (Texas Bar No. 1155625)
THE KLEIN LAW FIRM
2000 The Lyric Center
440 Louisiana
Houston, TX 77002
Telephone: (713) 650-1111
Facsimile: (713) 227-1121

51276/2225453.1

PROOF OF SERVICE
Case No. C 07-04788 RS