QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 096737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
Sayuri K. Sharper (Bar No. 232331)
sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-04788-RS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME OF PLAINTIFF TO RESPOND TO INTUIT INC.'S DISCOVERY REQUESTS AND INTUIT INC. TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Assigned to Hon. Richard Seeborg |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF INTUIT INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS, Plaintiff Tracy DeFatta ("Plaintiff") filed a Complaint in the Superior Court of Santa Clara County on August 8, 2007;

WHEREAS, Plaintiff served a copy of the Summons and Complaint on Defendant Intuit Inc. ("Intuit") on August 16, 2007;

WHEREAS, Intuit served its initial set of discovery requests, including Notice of Deposition of Plaintiff Tracy DeFatta, Form Interrogatories, Defendant Intuit Inc.'s First Set of

1. Request for Admission to Plaintiff Tracy DeFatta, Defendant Intuit Inc.'s First Set of Request
2. for Production to Plaintiff Tracy DeFatta, Defendant Intuit Inc.'s First Set of Special
3. Interrogatories to Plaintiff Tracy DeFatta, on August 24, 2007;
4.     WHEREAS, pursuant to 28 U.S.C. §§ 1332, 1441(b), 1446 and 1453, Intuit filed a
5. Notice of Removal of Action to Federal Court on September 17, 2007;
6.     WHEREAS, Plaintiff's written responses to Intuit's initial set of discovery requests
7. would otherwise have been due on September 24, 2007;
8.     WHEREAS, pursuant to Intuit's Notice of Deposition, Ms. DeFatta's deposition would
9. have taken place on October 4, 2007;
10.     WHEREAS, Intuit's response to the Complaint would otherwise have been due on
11. September 24, 2007;
12.     WHEREAS, Plaintiff intends to file a Motion for Remand on or before October 17,
13. 2007;
14.     WHEREAS, in order to allow this Court to first resolve Plaintiff's Motion for Remand,
15. the parties have met and conferred and agreed to an extension of time for Plaintiff to respond to
16. Intuit's initial set of discovery requests, for Ms. DeFatta's deposition to take place, and for
17. Intuit to respond to the Complaint;
18.     NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
19. through their respective counsel, that:
20.     (1)    No later than two weeks after the Court issues an order on Plaintiff's Motion to
21.     Remand, Plaintiff shall serve on Intuit Plaintiff's responses to Form
22.     Interrogatories, Defendant Intuit Inc.'s First Set of Request for Admission to
23.     Plaintiff Tracy DeFatta, Defendant Intuit Inc.'s First Set of Request for
24.     Production to Plaintiff Tracy DeFatta, Defendant Intuit Inc.'s First Set of
25.     Special Interrogatories to Plaintiff Tracy DeFatta, and produce documents
26.     ("Responses to Initial Discovery");

1. (2) The parties shall meet and confer to schedule a date for Ms. DeFatta's deposition to take place after Plaintiff serves her Responses to Initial Discovery; and

2. (2) No later than one week from the date Plaintiff serves her Responses to Initial Discovery, Intuit shall respond to the Complaint.

**IT IS SO STIPULATED:**

DATED: September 24, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Claude M. Stern
Attorneys for Defendant Intuit Inc.

DATED: September 24, 2007

ENGSTROM, LIPSCOMB & LACK

By _____
Walter J. Lack
Attorneys for Defendant Tracy DeFatta

**IT IS SO ORDERED:**

DATED:

_____
Richard Seeborg
United States Magistrate Judge