QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 096737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
Sayuri K. Sharper (Bar No. 232331)
sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Intuit Inc.

Filed
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C 07-04788 (RS)<br><br>**DECLARATION OF SAYURI K. SHARPER** |

51276/2232323.1

DECLARATION OF SAYURI K. SHARPER
Case No. C 07-04788 (RS)

ATTESTATION OF MULTIPLE ATTEMPTS AT ELECTRONIC FILING

I, Sayuri Sharper, am a registered ECF user. On September 24, 2007, I attempted to file **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME OF PLAINTIFF TO RESPOND TO INTUIT INC.'S DISCOVERY REQUESTS AND INTUIT INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** three times, at around 4:30 pm, 5:30 pm, and 8:00 pm. Each time, the site was experiencing technical failures and would not accept the electronic filing. Pursuant to General Order No. 45, Section VI, filings that were not filed due solely to technical failures shall become due the next business day. In compliance with this General Order, I am filing the stipulation the next business day on September 25, 2007.

DATED: September 25, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Sayuri K. Sharper
Attorney for Defendant
INTUIT INC.

51276/2232323.1
DECLARATION OF SAYURI K. SHARPER
Case No. C 07-04788 (RS)

2