1  WALTER J. LACK (CA SBN 57550)
   PAUL A. TRAINA (CA SBN 155805)
2  BRYAN C. PAYNE, (CA SBN 230966)
   **ENGSTROM, LIPSCOMB & LACK, P.C.**
3  10100 Santa Monica Boulevard, 16th Floor
   Los Angeles, CA 90067-4107
4  Telephone:   (310) 552-3800
   Facsimile:    (310) 552-9434
5
   ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*)
6  **THE SHER LAW FIRM P.L.L.C.**
   4151 Southwest Freeway, Suite 435
7  Houston, TX 77027
   Telephone:   (713) 626-2100
8  Facsimile:    (713) 626-2101
9  ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*)
   **THE KLEIN LAW FIRM**
10 2000 The Lyric Center
   440 Louisiana
11 Houston, TX 77002
   Telephone:   (713) 650-1111
12 Facsimile:    (713) 227-1121

13 Attorneys for Plaintiff
   TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED
14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 TRACY DeFATTA d/b/a BOOKKEEPING          ) CASE NO. C07 04788 RS
   UNLIMITED, Individually and on behalf of  )
   herself, and all others similarly situated, ) **[PROPOSED] NOTICE OF TAKING**
18                                            ) **DEPOSITION OF PERSON MOST**
                                              ) **KNOWLEDGEABLE OF INTUIT, INC. AND**
19              Plaintiff,                     ) **REQUEST FOR PRODUCTION OF**
                                              ) **DOCUMENTS AT DEPOSITION**
20       v.                                    )
                                              ) (F.R.C.P. Rule 30(b)(6); F.R.C.P. Rule 34)
21 INTUIT INC., and DOES 1 through 100,        )
   inclusive,                                  )
22                                            ) **DATE:**   To Be Determined
              Defendants.                      ) **TIME:**   10:00 a.m.
23                                            ) **PLACE:** Engstrom, Lipscomb & Lack
                                              )          10100 Santa Monica Blvd., 16th Fl.
24 _____   )          Los Angeles, CA 90067

25

26

27

28

@PFDesktop\::ODMA/PCDOCS/ELLHMDM/294253/1                    1

**[PROPOSED] NOTICE OF TAKING DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF INTUIT,
INC. AND REQUEST FOR PRODUCTION OF DOCUMENTS AT DEPOSITION**

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

2       **PLEASE TAKE NOTICE** that pursuant to F.R.C.P. Rule 30(b)(6), Plaintiff, TRACY

3   DeFATTA, will take the deposition of the Person Most Knowledgeable ("PMK") of INTUIT, INC. on

4   a date to be determined, at 10:00 a.m., at the offices of Engstrom, Lipscomb & Lack located at 10100

5   Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067. If an interpreter is required to

6   translate testimony, notice of same must be given to this noticing party within five (5) days prior to the

7   deposition.

8       Said deposition shall be upon oral examination pursuant to F.R.C.P. Rule 30 before an officer

9   authorized by law to administer oaths, and shall be recorded by videotape as well as transcribed by

10  stenographic means. The oral examination will continue from day to day until completed. Pursuant

11  to F.R.C.P. Rule 32(a) notice is hereby given that the Plaintiff intends to introduce the deposition

12  testimony of the deponent at trial.

13      **PLEASE TAKE FURTHER NOTICE** that the deponent is requested to produce then and

14  there, at the aforementioned deposition, the following documents and other things for inspection and

15  copying:

16                    **INSTRUCTIONS AND DEFINITIONS**

17      This demand requires production of documents and things in your possession, custody or

18  control, and of documents or things that are in the possession, custody or control of your agents,

19  employees, accountants, attorneys, representatives or other persons who have documents or things

20  deemed to be in your possession, custody or control.

21      1.    "DOCUMENT" is defined to include the term "writings" as defined in Federal Rules

22  of Evidence, Rule 1001, 28 U.S.C. and in the broadest possible way and includes all written, typed,

23  printed, drawn, recorded, electronically recorded, photographic, or graphic statements, communications,

24  or other matter, however produced or reproduced, whether sent or received or neither, including,

25  without limitation, any writing, letter, telegram, memorandum, statement, book, report, study, analysis,

26  digest, record, handwritten note, working paper, chart, graph, drawing, photograph, videotape, diary,

27  calendar, press release, magazine, newspaper, booklet, tabulation, data sheet, note of interview or

28  communication, contract, agreement, representation, invoice, delivery receipt, shipping manifest, bill

1  of lading, payment, ledger sheet, electronic mail, computer disk, computer or magnetic tape, telegram,

2  telex message, facsimile, notations and memoranda of or related to telephone conversations or

3  conferences, minutes and transcriptions of meetings, or any other data compilation in your actual or

4  constructive possession, custody or control. A copy of a document is considered a separate document

5  and must be produced if it differs in any way from the original and includes all drafts and copies bearing

6  notations, marks, or matter not found on the original.

7      2.    "CLASS MEMBER" is defined and consists of all persons or entities who purchased

8  any version of QuickBooks 2004, 2005, or 2006 as of October 1, 2006, and then of those persons or

9  entities, the number who after October 1, 2006 upgraded to the 2007 version or downloaded or installed

10  an automatic upgrade to QuickBooks 2006 software.

11      **DESIGNATION OF WITNESS PURSUANT TO F.R.C.P. RULE 30(b)(6)**

12      **PLEASE TAKE NOTICE** that pursuant to F.R.C.P. Rule 30(b)(6), Defendant, INTUIT, INC.,

13  is required to designate one or more person(s) most knowledgeable or qualified to testify regarding:

14      1.    The location and/or residence of each CLASS MEMBER.

15      **DOCUMENTS AND/OR CATEGORIES OF DOCUMENTS REQUESTED**

16      Subject to the foregoing definitions, You are to identify and to produce, on the date and time

17  set forth above, all DOCUMENTS and things described below in your possession or in the possession

18  of any of your attorneys, officers, directors, accountants, or other agents or representatives.

19      1.    Any and all DOCUMENTS and/or writings containing information as to each CLASS

20  MEMBER'S State of citizenship.

21  DATED: October 17, 2007        ENGSTROM, LIPSCOMB & LACK
                                                                THE SHER LAW FIRM P.L.L.C.

22                            THE KLEIN LAW FIRM

23

24                            By _____

25                            WALTER J. LACK
                                                                PAUL A. TRAINA

26                            BRYAN C. PAYNE
                                                                ANDREW SHER

27                            ALEXANDER B. KLEIN, III
                                                                Attorneys for Plaintiff

28

**[PROPOSED] NOTICE OF TAKING DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF INTUIT, INC. AND REQUEST FOR PRODUCTION OF DOCUMENTS AT DEPOSITION**

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA       )
                               )ss.
COUNTY OF LOS ANGELES   )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On October 17, 2007, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRYAN C. PAYNE** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**\*\* SEE ATTACHED MAILING LIST \*\***

\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

**_X_ (BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**_X_ FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 17, 2007 at Los Angeles, California.

_____
MERLENE FLETCHER

NOTICE OF MOTION AND MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRYAN C. PAYNE

### SERVICE LIST

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**
[Santa Clara County Superior Court -- Old Courthouse -- Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for<br>Defendant. INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM P.L.L.C.<br>4151 Southwest Freeway, Suite 435<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |

NOTICE OF MOTION AND MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE,
PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY; MEMORANDUM OF
POINTS AND AUTHORITIES; DECLARATION OF BRYAN C. PAYNE