| | |
|---|---|
| 1 | WALTER J. LACK (CA SBN 57550) |
| | PAUL A. TRAINA (CA SBN 155805) |
| 2 | BRYAN C. PAYNE, (CA SBN 230966) |
| | **ENGSTROM, LIPSCOMB & LACK, P.C.** |
| 3 | 10100 Santa Monica Boulevard, 16th Floor |
| | Los Angeles, CA 90067-4107 |
| 4 | Telephone:  (310) 552-3800 |
| | Facsimile:   (310) 552-9434 |
| 5 | |
| 6 | ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*) |
| | **THE SHER LAW FIRM P.L.L.C.** |
| 7 | 4151 Southwest Freeway, Suite 435 |
| | Houston, TX 77027 |
| 8 | Telephone:  (713) 626-2100 |
| | Facsimile:   (713) 626-2101 |
| 9 | |
| 10 | ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*) |
| | **THE KLEIN LAW FIRM** |
| 11 | 2000 The Lyric Center |
| | 440 Louisiana |
| 12 | Houston, TX 77002 |
| | Telephone:  (713) 650-1111 |
| 13 | Facsimile:   (713) 227-1121 |
| 14 | Attorneys for Plaintiff |
| | TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED |
| 15 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated, | CASE NO. C07 04788 RS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| INTUIT INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

294511.1                                                              1

1  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

2  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

4

5  DATED: October 24, 2007         ENGSTROM, LIPSCOMB & LACK
                                   THE SHER LAW FIRM P.L.L.C.
6                                  THE KLEIN LAW FIRM

7

8                                  By _____
                                   WALTER J. LACK
9                                  PAUL A. TRAINA
                                   BRYAN C. PAYNE
10                                 ANDREW SHER
                                   ALEXANDER B. KLEIN, III
11                                 Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA       )
                          )ss.
COUNTY OF LOS ANGELES     )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On October 24, 2007, I served the foregoing document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

** SEE ATTACHED MAILING LIST **

_____ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

_____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

_____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 24, 2007 at Los Angeles, California.

                                                               /s/ Merlene Fletcher
                                                               MERLENE FLETCHER

# SERVICE LIST

### *DeFatta v. Intuit, Inc., et al.*
### USDC, Northern District Case No. C07 04788 RS
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant, INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM P.L.L.C.<br>4151 Southwest Freeway, Suite 435<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |