1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 096737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Sayuri K. Sharper (Bar No. 232331)
4    sayurisharper@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100
   Attorneys for Defendant
7  Intuit Inc.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  TRACY DeFATTA d/b/a BOOKKEEPING          CASE NO.: 07-CV-04788-RS
    UNLIMITED, Individually and on behalf of
14  herself, all others similarly situated    **CONSENT TO PROCEED BEFORE A
                                               UNITED STATES MAGISTRATE
15                                             JUDGE**
                   Plaintiff,
16
          v.
17
    INTUIT INC., and DOES 1 through 100,
18  inclusive,
19                 Defendants.
20
21
22

23
          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
24
          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
25
   party herby voluntarily consents to have a United States Magistrate Judge conduct any and all
26
   further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal
27
28

1    from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

2    Circuit.

3

4    DATED:  October 24, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
5

6                                       By: _____
7                                       Evette D. Pennypacker
                                        Attorneys for Defendant Intuit Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 07-CV-04788-RS