1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 096737)
2     claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3     evettepennypacker@quinnemanuel.com
   Sayuri K. Sharper (Bar No. 232331)
4     sayurisharper@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100
   Attorneys for Defendant
7  Intuit Inc.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

12  TRACY DeFATTA d/b/a BOOKKEEPING      CASE NO.: 07-CV-04788-RS
   UNLIMITED, Individually and on behalf of
13  herself, all others similarly situated
                                **STIPULATION AND [PROPOSED]**
14               Plaintiff,          **ORDER TO CONTINUE HEARING**
                                  **DATE ON PLAINTIFF'S MOTION TO**
15       v.                    **REMAND CASE TO STATE COURT**

16  INTUIT INC., and DOES 1 through 100,
   inclusive,
17
             Defendants.
18

19

20                    **STIPULATION AND [PROPOSED] ORDER TO**
21         **CONTINUE HEARING DATE ON PLAINTIFF'S MOTION**
               **TO REMAND CASE TO STATE COURT**
22
       WHEREAS, Plaintiff Tracy DeFatta ("Plaintiff") filed a Motion to Remand Case to
23
State Court on October 17, 2007;
24
       WHEREAS, this Motion is currently scheduled for a hearing on November 21, 2007
25
and Defendant Intuit Inc.'s ("Intuit") counsel is unavailable on that date;
26
       WHEREAS, the parties met and conferred and agreed on a mutually agreeable hearing
27
date of December 12, 2007;
28  51276/2280268.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION
TO REMAND CASE TO STATE COURT
Case No. 07-CV-04788-RS

1    WHEREAS, Intuit has not yet filed an opposition to Plaintiff's Motion to Remand Case

2  to State Court;

3    WHEREAS, the parties have not previously sought a continuance of the hearing date

4  on Plaintiff's Motion to Remand;

5    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,

6  through their respective counsel, subject to the approval of the Court, that the hearing date for

7  Plaintiff's Motion to Remand Case to State Court, currently scheduled for November 21, 2007

8  at 9:30 am in Courtroom 4 in United States District Court Northern District of California San

9  Jose Division, should be rescheduled to December 12, 2007.

10

11  **IT IS SO STIPULATED:**

12  DATED:  October 30, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
13

14                                     By:_____

15                                     Evette D. Pennypacker
                                       Attorneys for Defendant Intuit Inc.
16

17  DATED:  October 30, 2007          ENGSTROM, LIPSCOMB & LACK

18

19

20                                     By:_____
                                       Bryan Rayne
21                                     Attorneys for Defendant Tracy DeFatta

22

23

24

25

26

27

28
    51276/2280268.1                         2
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION
    TO REMAND CASE TO STATE COURT
    Case No. 07-CV-04788-RS

1

## Order

2    PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS SO

3    ORDERED:  The hearing date for Plaintiff's Motion to Remand Case to State Court,

4    currently scheduled for November 21, 2007 at 9:30 am in Courtroom 4 in United States

5    District Court Northern District of California San Jose Division, is hereby rescheduled to

6    December 12, 2007.   Defendant's Opposition to Plaintiff's Motion to Remand is now due

7    on November 21, 2007, and Plaintiff's Reply in support of its Motion to Remand to State

8    Court is now due on November 28, 2007.

9

10

11

12    DATED:

13                                             Richard Seeborg
                                               United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51276/2280268.1                                3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION
TO REMAND CASE TO STATE COURT
Case No. 07-CV-04788-RS