**United States District Court**
For the Northern District of California

***E-FILED 10/31/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA, | NO. C 07-04788 RS |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | |
| INTUIT, INC., | |
| Defendant. | |

The parties have submitted a stipulation to continue the hearing on plaintiff's motion to remand from November 21, 2007 to December 12, 2007. That week only, the Court is hearing its civil law and motion calendar on Friday, rather than Wednesday. Accordingly, the hearing is hereby continued to December 14, 2007, with briefing to proceed as provided in the parties' stipulation. If that hearing date is inconvenient for the parties, they shall reset the matter for any following available Wednesday.

IT IS SO ORDERED.

Dated: October 31, 2007

RICHARD SEEBORG
United States Magistrate Judge

1

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Bryan Clayton Payne    bpayne@elllaw.com

3 Evette Dionna Pennypacker    evettepennypacker@quinnemanuel.com

4 Sayuri K. Sharper    sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/31/07**                                              **Chambers of Judge Richard Seeborg**

                                                                 **By:    /s/ BAK**

ORDER CONTINUING HEARING
C 07-04788 RS

2