QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-04788-RS<br><br>**DECLARATION OF JEFFREY J. MCCONNELL IN SUPPORT OF INTUIT INC.'S OPPOSITION TO MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY**<br><br>Date: December 14, 2007<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Richard Seeborg |

I, Jeffrey J. McConnell, declare as follows:

1. I am a Staff Business Analyst at Intuit Inc. ("Intuit"), defendant in the above-referenced action. I make this declaration upon personal knowledge, and, if called and sworn as a witness, I could and would testify as to the matters set forth in this declaration.

### My Intuit Employment

2. I have worked at Intuit for over six years. During that time, I have worked extensively with databases containing Intuit customer data. In particular, as a Staff Business

51276/2280942.2

Analyst, I am responsible for managing Intuit's list production team, which extracts data from Intuit's customer information databases for use in direct marketing campaigns.

### The Customer View Database

3. My team primarily relies on the Customer View (CV) Database, an Oracle database that contains information customers provide to Intuit when they register their Intuit products. The CV Database also interfaces with other databases at Intuit to collect additional customer-related information. Intuit routinely uses the information from the CV Database for direct mail marketing campaigns and to communicate particular messages to customers, including product-discontinuation messaging, special offers, and critical notices. It is my and my team's responsibility to extract and analyze the data stored in the CV Database, and approximately 80% of my typical work day has been spent working with the data in the CV Database. I am therefore very familiar with the content and the operation of the CV Database.

### Geographic Distribution of Intuit's QuickBooks Customers

4. I used the CV Database to approximate the number of Intuit's QuickBooks customers who might meet Plaintiff's definition of a class member and who are located in California. I understand that in the complaint in this lawsuit, the Plaintiff defines the alleged "class" on behalf of which suit is brought as: "All persons and entities in the United States (excluding Defendant, its affiliates and all governmental entities) who owned QuickBooks, financial software, Versions 2004 through 2006, on or before October 1, 2006 and who purchased and installed QuickBooks 2007 Software or downloaded and installed an automatic upgrade to QuickBooks 2006 Software on or after October 1, 2006." (Complaint, ¶17) (Hereinafter, I refer to this group as the "alleged class" or the "class," without conceding that there is any such cognizable group of people.)

5. There are some limitations to the customer data Intuit is able to collect, but the data stored in the CV Database is the most comprehensive customer database at Intuit of which I am aware, and therefore that is the data on which I relied to make the calculations set forth in this declaration. Although customers may provide Intuit with multiple addresses (*e.g.*, a billing address, shipping address, organization address, *etc.*), the CV Database includes only one

address per customer. The CV Database includes information for QuickBooks products that customers register with Intuit or purchase directly from Intuit online or over the phone, but it generally lacks data from customers who purchase QuickBooks at a retail outlet and do not register their products. International customers are shown as having no state affiliation in the CV Database. And, while the CV Database can help approximate how many QuickBooks customers upgraded through a product purchase and registration, it does not reflect how many customers install automatic upgrades.

6. In addition, the term "customer" can have different meanings in the context of the CV Database. That term can mean, for example, individuals or organizations. Within those definitions, an individual or organization may be identified by a unique "party reference system" within the CV Database. Because the party reference system often produces duplicate entries, Intuit routinely relies on a custom algorithm to analyze the CV Database customer data to omit duplicate entries. Intuit uses this algorithm, for example, to try to prevent customers from receiving multiple duplicate messages through direct marketing campaigns.

7. I analyzed the customer data stored in the CV Database both by individual and by organization and both with and without using the algorithm discussed in paragraph 6, above (although varying these factors did not produce materially different results). Through this analysis, I estimated that the number of customers in the United States who owned QuickBooks versions 2004 through 2006 on or before October 1, 2006, and who upgraded to QuickBooks 2007 Software was approximately 570,000. Of that total, approximately 13% had a California address (although, of course, we cannot tell if the address is a residence or some form of business or related address; what we do know is that it is associated with the customer and is the location filled in by the purchaser under the "address" record).

8. This 13% result is consistent with the percentage of all QuickBooks customers who have a California address (that is also approximately 13%). I know of no reason why California customers would upgrade to QuickBooks 2007 at a rate different from customers with addresses in other states.

9.  By offering this declaration, Intuit is not suggesting or admitting that, in fact, there is any cognizable class, that Intuit has engaged in any wrongdoing, or that Intuit's conduct has caused anyone any injury or damages. I am assuming only that Plaintiff in this case seeks recovery under the terms of the complaint filed in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 31, 2007, at Mountain View, California.

_____
Jeffrey J. McConnell

---

51276/2265800.2                                              4

DECL. OF JEFFREY J. MCCONNELL IN SUPPORT OF OPPOSITION TO MOTION TO REMAND
Case No. 07-CV-04877-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

51276/2265800.2