# EXHIBIT B

# Intuit Facts
## Q4/FY07 & FY06

**Intuit Inc.**
Investor Relations (650) 944-6165
NASDAQ: INTU

### Financial Summary
($ millions), except per share data

| | Q1 FY06 | Q2 FY06 | Q3 FY06 | Q4 FY06 | FY06 | Q1 FY07 | Q2 FY07 | Q3 FY07 | Q4 FY07 | FY07 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | |
| **Small Business** | | | | | | | | | | |
| QuickBooks[A] | $104.7 | $180.1 | $129.2 | $125.0 | $539.0 | $135.2 | $166.5 | $150.9 | $139.6 | $598.2 |
| % change YOY | 14% | 10% | -1% | 7% | 7% | 29% | -8% | 21% | 12% | 11% |
| Payroll & Payments | $103.6 | $119.9 | $116.5 | $122.0 | $462.0 | $125.5 | $138.2 | $124.5 | $128.6 | $516.7 |
| % change YOY | 27% | 23% | 21% | 21% | 24% | 21% | 15% | 7% | 5% | 12% |
| Total Small Business[B] | $208.3 | $300.0 | $245.8 | $247.0 | $1,001.0 | $260.8 | $304.6 | $281.3 | $268.2 | $1,114.9 |
| % change YOY | 20% | 17% | 8% | 14% | 14% | 25% | 2% | 15% | 9% | 11% |
| **Tax** | | | | | | | | | | |
| Consumer Tax[A] | $7.9 | $189.1 | $497.4 | $11.7 | $706.1 | $11.2 | $223.4 | $565.1 | $13.1 | $812.9 |
| % change YOY | 57% | 34% | 19% | 110% | 24% | 43% | 18% | 14% | 12% | 15% |
| Professional Tax | $8.9 | $150.5 | $104.7 | $8.7 | $272.9 | $9.7 | $138.5 | $130.7 | $12.9 | $291.8 |
| % change YOY | 20% | 0% | 5% | 22% | 3% | 9% | -13% | 32% | 47% | 7% |
| **Financial Institutions** | $4.1 | $5.1 | $6.0 | $9.3 | $24.4 | $5.5 | $6.4 | $65.0 | $73.4 | $150.4 |
| % change YOY | | | | | 27% | 1% | | | | Fav |
| **Other Businesses** | $62.8 | $86.8 | $98.2 | $52.7 | $288.6 | $63.3 | $85.5 | $89.1 | $65.1 | $303.0 |
| % change YOY | 19% | 2% | 17% | 2% | 10% | 1% | -2% | 3% | 23% | 5% |
| **Total Revenue** | $292.0 | $731.6 | $940.0 | $329.5 | $2,293.0 | $360.5 | $760.6 | $1,138.1 | $432.7 | $2,672.9 |
| % change YOY | 21% | 15% | 14% | 14% | 16% | 20% | 3% | 21% | 31% | 17% |
| GAAP Operating Income (Loss) | $(99.8) | $242.0 | $480.3 | $(55.9) | $595.6 | $(98.5) | $214.7 | $578.1 | $(59.7) | $637.5 |
| Non-GAAP Operating Income (Loss)[C] | $(74.2) | $264.6 | $501.5 | $(37.9) | $654.2 | $(76.0) | $237.4 | $620.6 | $(17.3) | $764.8 |
| Non-GAAP Operating Margin %[D] | NA | 36% | 53% | NA | 29% | NA | 32% | 54% | NA | 29% |
| Interest and Other Income[E] | $6.3 | $5.6 | $9.1 | $19.7 | $40.7 | $10.3 | $11.0 | $10.6 | $20.8 | $52.7 |
| Interest Expense | | | | | $0.0 | | | $(12.8) | $(14.3) | $(27.1) |
| GAAP Share Based Compensation Expense | $20.2 | $17.5 | $16.9 | $15.7 | $70.3 | $18.6 | $19.0 | $20.3 | $18.3 | $76.3 |
| GAAP EPS Share Based Compensation Expense | $(0.04) | $(0.03) | $(0.02) | $(0.06) | $(0.12) | $(0.03) | $(0.03) | $(0.04) | $(0.04) | $(0.14) |
| GAAP Diluted EPS[F] | $(0.13) | $0.50 | $0.84 | $(0.06) | $1.16 | $(0.17) | $0.40 | $1.04 | $(0.04) | $1.24 |
| Non-GAAP Diluted EPS[F][G] | $(0.12) | $0.48 | $0.89 | $(0.03) | $1.21 | $(0.12) | $0.44 | $1.13 | $(0.02) | $1.43 |
| Basic Share Count | 354.8 | 350.3 | 343.7 | 342.5 | 347.9 | 346.2 | 347.2 | 339.5 | 337.6 | 342.6 |
| Diluted Share Count | 354.8 | 353.8 | 355.9 | 342.5 | 360.5 | 346.2 | 350.6 | 351.7 | 337.6 | 356.8 |
| GAAP Tax Rate[H] | 37% | 37% | 39% | 46% | 38% | 35% | 35% | 36% | 35% | 38% |
| Capital Expenditures | | | | | $82.1M | | | | | $153.4M |
| Depreciation | | | | | $93.7M | | | | | $92.8M |

Note: All amounts except GAAP EPS exclude amounts related to Intuit Information Technology Solutions (ITS), which we sold in the first quarter of fiscal 2008.

[A] QuickBooks and Intuit Distribution Management Software (IDMS), which we sold in the first quarter of fiscal 2006.

[B] Beginning in Q4 FY07 results for the MyCorp product line have been reflected in the QuickBooks segment. Historical results have been reclassified from Consumer Tax to QuickBooks for all periods presented.
Quarterly MyCorp redtax: Q2 FY06 $1.3M, Q3 FY06 $1.6M, Q4 FY06 $1.9M, Q1 FY07 $1.8M, Q2 FY07 $2.1M, Q3 FY07 $2.1M, Q4 FY07 $2.1M

[C] The QuickBooks and Payroll & Payments segments have been combined to facilitate the calculation of total Small Business results and growth rates for investors.

[D] These are non-GAAP financial measures. See tables B1, B2, E1 and E2 of the accompanying section for reconciliations of these non-GAAP financial measures to the most directly comparable GAAP measures and the reasons management uses each measure.

[E] Interest and other income includes $17.4 million in variable royalty income from the purchaser of our former Quicken Loans business in Q4 FY06 & FY07, excludes $2.4M gain on disposal of Intuit Construction Business assets in FY06 and $31.7M gain on disposal of outsourced payroll assets in FY07.

[F] The effective tax rates used to calculate non-GAAP EPS were as follows:
35% for Q1 FY06 and Q2 FY06; 36% for Q3 FY06, 37% for Q4 FY06 and for full FY06; 37% for Q1 FY07; 36% for Q2 FY07; 36% for Q3 FY07; 35% for Q4 FY07 and 36% for full year FY07.

Business Segments: QuickBooks - QuickBooks Software, Financial Supplies; Payroll & Payments - Payroll, Assisted/Outsourced Payroll, Innovative Merchant Solutions; Consumer Tax - TurboTax
Professional Tax - ProSeries, Lacerte; Financial Institutions - Intuit Financial Institutions Group, Digital Insight (starting Q3 FY07); Other Businesses - IRES, Quicken, CanadaOK

All information as of August 22, 2007

# Intuit Facts

Intuit Inc.
Investor Relations (650) 944-6165
NASDAQ: INTU
All information as of August 22, 2007

## Business Metrics

Units in thousands, except where noted

| | Q1/FY05 | Q2/FY05 | Q3/FY05 | Q4/FY05 | FY05 | Q1/FY06 | Q2/FY06 | Q3/FY06 | Q4/FY06 | FY06 | Q1/FY07 | Q2/FY07 | Q3/FY07 | Q4/FY07 | FY07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **QuickBooks[1]** | | | | | | | | | | | | | | | |
| Simple Start, Basic, and Pro | 152 | 351 | 353 | 241 | 1,097 | 213 | 414 | 370 | 232 | 1,229 | 208 | 382 | 439 | 276 | 1,304 |
| Premier | 32 | 80 | 63 | 46 | 221 | 36 | 107 | 79 | 55 | 277 | 62 | 118 | 97 | 70 | 346 |
| Enterprise | 2 | 3 | 3 | 2 | 10 | 3 | 3 | 3 | 3 | 12 | 3 | 4 | 3 | 4 | 13 |
| QuickBooks Online Edition | 5 | 8 | 7 | 8 | 28 | 7 | 8 | 8 | 6 | 29 | 7 | 10 | 14 | 7 | 39 |
| Total QuickBooks software units sold | 191 | 442 | 426 | 297 | 1,356 | 259 | 532 | 460 | 295 | 1,546 | 280 | 513 | 553 | 357 | 1,702 |
| | | | | | | | | | | | | | | | |
| QuickBooks Desktop subscriptions | 0 | 46 | 84 | 109 | 109 | 124 | 142 | 151 | 155 | 155 | 160 | 161 | 162 | 163 | 163 |
| QuickBooks Online Edition subscriptions | 26 | 34 | 41 | 49 | 49 | 56 | 64 | 72 | 78 | 78 | 85 | 96 | 109 | 117 | 117 |
| Total QuickBooks software subscriptions[3] | 26 | 80 | 125 | 158 | 158 | 180 | 206 | 223 | 233 | 233 | 245 | 256 | 271 | 280 | 280 |
| | | | | | | | | | | | | | | | |
| **QuickBooks Retail Share[4]** | | | | | | | | | | | | | | | |
| Unit share FYTD | 83% | 86% | 86% | 88% | 88% | 85% | 90% | 90% | 89% | 89% | 86% | 87% | 89% | 89% | 89% |
| Dollar share FYTD | 89% | 90% | 92% | 91% | 91% | 89% | 92% | 92% | 92% | 92% | 91% | 92% | 94% | 94% | 94% |
| | | | | | | | | | | | | | | | |
| **Payroll & Payments** | | | | | | | | | | | | | | | |
| Standard & Enhanced customers[5] | 816 | 837 | 844 | 837 | 837 | 853 | 881 | 890 | 892 | 892 | 912 | 937 | 953 | 952 | 952 |
| Assisted & Complete customers | 51 | 53 | 54 | 54 | 54 | 55 | 59 | 61 | 62 | 62 | 64 | 67 | 55 | 55 | 55 |
| Premier customers | 20 | 19 | 17 | 15 | 15 | 15 | 14 | 13 | 13 | 13 | 13 | 12 | 0 | 0 | 0 |
| Total payroll customers | 887 | 909 | 915 | 906 | 906 | 923 | 954 | 964 | 967 | 967 | 989 | 1016 | 1008 | 1008 | 1008 |
| | | | | | | | | | | | | | | | |
| Merchant Account Services customers | 114 | 120 | 123 | 127 | 127 | 139 | 148 | 159 | 167 | 167 | 175 | 185 | 195 | 203 | 203 |
| | | | | | | | | | | | | | | | |
| **Consumer Tax** | | | | | | | | | | | | | | | |
| **Federal TurboTax (millions)** | | | | | | | | | | | | | | | |
| Desktop units | NM | 3.7 | 3.3 | NM | 7.0 | NM | 3.5 | 3.6 | NM | 7.1 | NM | 3.7 | 3.3 | NM | 7.0 |
| Web units | NM | 0.6 | 2.7 | NM | 3.4 | NM | 0.9 | 4.3 | 0.1 | 5.3 | NM | 0.8 | 5.2 | 0.1 | 6.1 |
| Free File Alliance | NM | 0.4 | 1.8 | NM | 2.2 | NM | 0.2 | 1.2 | NM | 1.3 | NM | 0.3 | 1.2 | NM | 1.4 |
| Total TurboTax federal units | NM | 4.7 | 7.8 | NM | 12.6 | NM | 4.7 | 9.0 | 0.1 | 13.8 | NM | 4.8 | 9.7 | 0.1 | 14.6 |
| | | | | | | | | | | | | | | | |
| **Federal TurboTax retail share[6]** | | | | | | | | | | | | | | | |
| Unit share FYTD | NM | 80% | 79% | 79% | 79% | NM | 80% | 79% | 79% | 79% | NM | 82% | 79% | 79% | 79% |
| Dollar share FYTD | NM | 85% | 85% | 85% | 85% | NM | 86% | 85% | 85% | 85% | NM | 87% | 85% | 85% | 85% |
| | | | | | | | | | | | | | | | |
| **Financial Institutions** | | | | | | | | | | | | | | | |
| Number of Internet Banking End-Users[7] | 5,148 | 5,356 | 5,575 | 5,722 | 5,722 | 6,164 | 6,333 | 6,673 | 6,918 | 6,918 | 7,119 | 7,508 | 7,800 | 7,906 | 7,906 |
| Number of Bill Pay End-Users[8] | 962 | 1,057 | 1,140 | 1,250 | 1,250 | 1,396 | 1,506 | 1,621 | 1,687 | 1,687 | 1,793 | 1,915 | 2,040 | 2,140 | 2,140 |
| | | | | | | | | | | | | | | | |
| **Professional Tax** | | | | | | | | | | | | | | | |
| Professional Tax units | NM | 94 | 12 | NM | 106 | NM | 100 | 11 | 1 | 112 | NM | 102 | 10 | NM | 112 |

[1] Sales to end users (sell-through) by Intuit and via retailers and distributors for which Intuit relies on reports from these merchants. These numbers include estimates, including estimates of sales by merchants who do not report sales to Intuit.
These numbers reflect total QuickBooks purchases for the period, including subscription purchases.
[3] Includes QuickBooks Online Edition, QuickBooks Pro and QuickBooks Premier from Enhanced Payroll Plus subscription units. This represents the cumulative base of QuickBooks subscribers. Subscription units sold in any particular period are a subset of total QuickBooks software units sold in that period.
[4] Source: NPD Group Monthly Retail Software Report through June 2007 excluding MS Office Suites bundled with Accounting Express.
Note: NPD began reporting Avanquest Bookkeeper starting April 2006. FYTD unit share excluding Avanquest is 93%.
[5] Includes Standard Payroll, Enhanced Payroll, Online Payroll, Basic Payroll, and QuickPayroll
[6] Source: NPD Group Monthly Retail Software Report through April 2007.
[7] Source: pre-acquisition Digital Insight. All figures exclude Quicken Bill Pay customers.
[8] Number of Internet Banking end-users and Bill Pay end-users prior to Q3 FY07 are those of pre-acquisition Digital Insight.

All information as of August 22, 2007

# Intuit Facts
## FY08 Financial Outlook

**Guidance[1]**

($ millions), except per share data

| | Q1 FY08 | Q2 FY08 | Q3 FY08 | Q4 FY08 | FY08 | Historical FY07 |
|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | |
| **Small Business** | | | | | | |
| QuickBooks[1] | | | | | $646-$667 | $598.2 |
| % change YOY | | | | | 8%-12% | 11% |
| Payroll & Payments | | | | | $543-$563 | $516.7 |
| % change YOY | | | | | 5%-9% | 12% |
| Total Small Business | | | | | | $1,114.9 |
| % change YOY | | | | | | 11% |
| **Tax** | | | | | | |
| Consumer Tax[1] | | | | | $880-$910 | $812.9 |
| % change YOY | | | | | 8%-12% | 15% |
| Professional Tax | | | | | $289-$295 | $291.8 |
| % change YOY | | | | | (1%)-1% | 7% |
| **Financial Institutions** | | | | | $300-$311 | $150.4 |
| % change YOY | | | | | 100%-107% | Fav |
| **Other Businesses** | | | | | $339-$351 | $303.0 |
| % change YOY | | | | | 12%-16% | 5% |
| **Total Revenue** | $426-$441 | $833-$848 | $1,268-$1,293 | $466-$471 | $3,000-$3,050 | $2,872.9 |
| % change YOY | 22%-26% | 11%-13% | 11%-14% | 8%-9% | 12%-14% | 17% |
| GAAP Operating Income (Loss) | ($116)-($105) | | | | $660-$675 | $637.6 |
| Non-GAAP Operating Income (Loss)[2] | ($67)-($56) | | | | $855-$870 | $764.8 |
| Non-GAAP Operating Margin %[2] | NA | | | | 28%-29% | 29% |
| Interest and Other Income[3] | | | | | | $52.7 |
| Interest Expense | | | | | | ($27.1) |
| GAAP Share Based Compensation Expense | | | | | | $76.3 |
| GAAP EPS Share Based Compensation Expense | | | | | | ($0.14) |
| GAAP Diluted EPS[3] | ($.09)-($.07) | $.28-$.30 | $1.25-$1.28 | ($.13)-($.11) | $1.41-$1.43 | $1.24 |
| Non-GAAP Diluted EPS[4][5] | ($.14)-($.12) | $.34-$.36 | $1.33-$1.36 | $.04-$.02 | $1.59-$1.61 | $1.43 |
| Basic Share Count | 338-340 | | | | 333-335 | 342.6 |
| Diluted Share Count | NA | | | | 345-348 | 355.8 |
| GAAP Tax Rate[6] | 36% | | | | 36% | 36% |
| Capital Expenditures | | | | | $300M | $153.4M |

Note: All amounts except GAAP EPS exclude amounts related to Intuit Information Technology Solutions (ITS), which we sold in the first quarter of fiscal 2008, and Intuit Distribution Management Software (IDMS), which we sold in the second quarter of fiscal 2006.

[1]Beginning in Q4 FY07, revenue for the MyCorp product line has been reflected in the QuickBooks segment. Historical results have been reclassified from Consumer Tax to QuickBooks for all periods presented.

[2]These are non-GAAP financial measures. See tables B1, B2, E1 and E2 of the accompanying sections for reconciliations of these non-GAAP financial measures to the most directly comparable GAAP measures and the reasons management uses each measure.

[3]Interest and other income includes $7.5 million in variable royalty income from the purchaser of our former Quicken Loans business in Q4 FY07.

[4]The effective tax rates used to calculate non-GAAP EPS were as follows: 36% full year FY07 and 38% full year FY08

[5]All of the numbers provided in the table entitled "Guidance," are forward-looking statements. Please see the accompanying section entitled "Cautions About Forward-Looking Statements" for important information to assess when evaluating these statements. Actual future results may differ materially due to a number of risks and uncertainties.

Business Segments: QuickBooks - QuickBooks Software, Financial Supplies; Payroll & Payments - QuickBooks Payroll, Assisted/Outsourced Payroll, Innovative Merchant Solutions; Consumer Tax - TurboTax
Professional Tax - ProSeries, Lacerte; Financial Institutions - Intuit Financial Institutions Group, Digital Insight (starting Q3 FY07); Other Businesses - IRES, Quicken, CanadaUK

**Table A1**
INTUIT INC.
GAAP CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands, except per share amounts)
(Unaudited)

| | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| | July 31, 2007 | July 31, 2006 | July 31, 2007 | July 31, 2006 |
| Net revenue: | | | | |
| Product | $ 207,160 | $ 188,085 | $ 1,447,392 | $ 1,335,430 |
| Service and other | 225,512 | 141,371 | 1,225,555 | 957,580 |
| Total net revenue | 432,672 | 329,456 | 2,672,947 | 2,293,010 |
| Costs and expenses: | | | | |
| Cost of revenue: | | | | |
| Cost of product revenue | 27,026 | 26,600 | 169,101 | 165,949 |
| Cost of service and other revenue | 90,851 | 57,319 | 309,419 | 232,588 |
| Amortization of purchased intangible assets | 13,055 | 1,622 | 30,926 | 8,785 |
| Selling and marketing | 154,665 | 130,713 | 742,368 | 657,588 |
| Research and development | 125,902 | 101,513 | 472,516 | 385,795 |
| General and administrative | 69,859 | 66,845 | 291,083 | 267,233 |
| Acquisition-related charges | 8,022 | 1,782 | 19,964 | 9,478 |
| Total costs and expenses [A] | 489,380 | 386,394 | 2,035,377 | 1,727,416 |
| Operating income (loss) from continuing operations | (56,708) | (56,938) | 637,570 | 565,594 |
| Interest expense | (14,268) | - | (27,091) | - |
| Interest and other income | 20,822 | 22,097 | 52,689 | 43,023 |
| Gains on marketable equity securities and other investments, net | - | 256 | 1,568 | 7,629 |
| Gain on sale of outsourced payroll assets | 31,270 | - | 31,676 | - |
| Income (loss) from continuing operations before income taxes | (18,884) | (34,585) | 696,412 | 616,246 |
| Income tax provision (benefit) [B] | (6,541) | (15,784) | 251,607 | 234,592 |
| Minority interest expense, net of tax | 516 | 68 | 1,337 | 691 |
| Net income (loss) from continuing operations | (12,859) | (18,869) | 443,468 | 380,963 |
| Net income (loss) from discontinued operations [C] | (781) | 15 | (3,465) | 36,000 |
| Net income (loss) | $ (13,640) | $ (18,854) | $ 440,003 | $ 416,963 |
| | | | | |
| Basic net income (loss) per share from continuing operations | $ (0.04) | $ (0.06) | $ 1.29 | $ 1.10 |
| Basic net income (loss) per share from discontinued operations | - | - | (0.01) | 0.10 |
| Basic net income (loss) per share | $ (0.04) | $ (0.06) | $ 1.28 | $ 1.20 |
| Shares used in basic per share amounts | 337,550 | 342,505 | 342,637 | 347,854 |
| | | | | |
| Diluted net income (loss) per share from continuing operations | $ (0.04) | $ (0.06) | $ 1.25 | $ 1.06 |
| Diluted net income (loss) per share from discontinued operations | - | - | (0.01) | 0.10 |
| Diluted net income (loss) per share | $ (0.04) | $ (0.06) | $ 1.24 | $ 1.16 |
| Shares used in diluted per share amounts | 337,550 | 342,505 | 355,815 | 360,471 |

See accompanying Notes.

INTUIT INC.
NOTES TO TABLE A1

[A]  The following table summarizes the total share-based compensation expense included in operating expenses for stock options, restricted stock awards, RSUs and our Employee Stock Purchase Plan that we recorded for continuing operations for the periods shown. The impact of our adoption of SFAS 123(R) on discontinued operations was nominal for these periods.

|  | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
|  | July 31, 2007 | July 31, 2006 | July 31, 2007 | July 31, 2006 |
| Cost of product revenue | $ 129 | $ 197 | $ 743 | $ 941 |
| Cost of service and other revenue | 1,200 | 379 | 3,283 | 1,727 |
| Selling and marketing | 5,205 | 4,757 | 23,518 | 21,710 |
| Research and development | 5,305 | 4,303 | 21,511 | 18,896 |
| General and administrative | 6,489 | 6,107 | 27,258 | 27,066 |
| Total | $ 18,328 | $ 15,743 | $ 76,313 | $ 70,340 |

[B]  Our effective tax rate for the twelve months ended July 31, 2007 was approximately 36% and differed from the federal statutory rate of 35% primarily due to state income taxes, which were partially offset by the benefit we received from federal and state research and experimental credits and tax exempt interest income. In addition, in fiscal 2007 we benefited from the retroactive extension of the federal research and experimental credit as it related to fiscal 2006. Our effective tax rate for the twelve months ended July 31, 2006 was approximately 38% and differed from the federal statutory rate of 35% primarily due to state income taxes, which were partially offset by the benefit we received from federal and state research and experimental credits and tax exempt interest income.

[C]  In July 2007 we signed a definitive agreement to sell our Intuit Distribution Management Solutions (IDMS) business for approximately $100 million in cash. The sale was completed in August 2007. The decision to sell IDMS was a result of management's desire to focus resources on Intuit's core products and services. IDMS was part of our Other Businesses segment.

In accordance with the provisions of Statement of Financial Accounting Standards 144, *"Accounting for the Impairment or Disposal of Long-lived Assets,"* we determined that IDMS became a long-lived asset held for sale in the fourth quarter of fiscal 2007. SFAS 144 provides that a long-lived asset classified as held for sale should be measured at the lower of its carrying amount or fair value less cost to sell. Since the carrying value of IDMS at July 31, 2007 was less than the estimated fair value less cost to sell, no adjustment to the carrying value of this long-lived asset was necessary during the twelve months ended July 31, 2007. In accordance with the provisions of SFAS 144, we discontinued the amortization of IDMS intangible assets and the depreciation of IDMS property and equipment in the fourth quarter of fiscal 2007.

Also in accordance with the provisions of SFAS 144 we determined that IDMS became a discontinued operation in the fourth quarter of fiscal 2007. We have therefore segregated the net assets and operating results of IDMS from continuing operations on our balance sheets and statements of operations for all periods presented. Revenue for IDMS was $52.0 million and $49.3 million for the twelve months ended July 31, 2007 and 2006. Net loss for IDMS was $2.4 million and $3.5 million for the twelve months ended July 31, 2007 and 2006.

In December 2005 we sold our Intuit Information Technology Solutions (ITS) business for approximately $200 million in cash. In accordance with SFAS 144 we accounted for the sale of ITS as discontinued operations. Consequently, we have segregated the operating results and cash flows of ITS from continuing operations in our financial statements for all periods prior to the sale. Revenue for ITS was $20.2 million and net income was $5.2 million for the twelve months ended July 31, 2006. We also recorded a net gain on the disposal of ITS of $34.3 million in the twelve months ended July 31, 2006. We recorded a net loss of $1.1 million for certain contingent liabilities that became payable to the purchaser of ITS during the twelve months ended July 31, 2007.

INTUIT INC.
ABOUT NON-GAAP FINANCIAL MEASURES

The accompanying financial information contains non-GAAP financial measures. Tables B1, B2, E1 and E2 reconcile the non-GAAP financial measures in that financial information to the most directly comparable financial measures prepared in accordance with Generally Accepted Accounting Principles (GAAP). These non-GAAP financial measures include non-GAAP operating income (loss) and related operating margin as a percentage of revenue, non-GAAP net income (loss) and non-GAAP net income (loss) per share.

Non-GAAP financial measures should not be considered as a substitute for, or superior to, measures of financial performance prepared in accordance with GAAP. These non-GAAP financial measures do not reflect a comprehensive system of accounting, differ from GAAP measures with the same names and may differ from non-GAAP financial measures with the same or similar names that are used by other companies.

We believe that these non-GAAP financial measures provide meaningful supplemental information regarding Intuit's operating results primarily because they exclude amounts that we do not consider part of ongoing operating results when assessing the performance of the organization, our operating segments or our senior management. Segment managers are not held accountable for share-based compensation expenses, acquisition-related costs, or the other excluded items that may impact their business units' operating income (loss) and, accordingly, we exclude these amounts from our measures of segment performance. We also exclude these amounts from our budget and planning process. We believe that our non-GAAP financial measures also facilitate the comparison of results for current periods and guidance for future periods with results for past periods. We exclude the following items from our non-GAAP financial measures:

- *Share-based compensation expenses.* Our non-GAAP financial measures exclude share-based compensation expenses, which consist of expenses for stock options, restricted stock, restricted stock units and purchases of common stock under our Employee Stock Purchase Plan. Segment managers are not held accountable for share-based compensation expenses impacting their business units' operating income (loss) and, accordingly, we exclude share-based compensation expenses from our measures of segment performance. While share-based compensation is a significant expense affecting our results of operations, management excludes share-based compensation from our budget and planning process. We exclude share-based compensation expenses from our non-GAAP financial measures for these reasons and the other reasons stated above. We compute weighted average dilutive shares using the method required by SFAS 123(R) for both GAAP and non-GAAP diluted net income per share.
- *Amortization of purchased intangible assets and acquisition-related charges.* In accordance with GAAP, amortization of purchased intangible assets in cost of revenue includes amortization of software and other technology assets related to acquisitions and acquisition-related charges in operating expenses includes amortization of other purchased intangible assets such as customer lists, covenants not to compete and trade names. Acquisition activities are managed on a corporate-wide basis and segment managers are not held accountable for the acquisition-related costs impacting their business units' operating income (loss). We exclude these amounts from our measures of segment performance and from our budget and planning process. We exclude these items from our non-GAAP financial measures for these reasons, the other reasons stated above and because we believe that excluding these items facilitates comparisons to the results of other companies in our industry, which have their own unique acquisition histories.
- *Gains and losses on disposals of businesses and assets.* We exclude these amounts from our non-GAAP financial measures for the reasons stated above and because they are unrelated to our ongoing business operating results.
- *Gains and losses on marketable equity securities and other investments.* We exclude these amounts from our non-GAAP financial measures for the reasons stated above and because they are unrelated to our ongoing business operating results.
- *Income tax effects of excluded items.* Our non-GAAP financial measures exclude the income tax effects of the adjustments described above that relate to the current period as well as adjustments for similar items that relate to prior periods. We exclude the impact of these tax items for the reasons stated above and because management believes that they are not indicative of our ongoing business operations.
- *Operating results and gains and losses on the sale of discontinued operations.* From time to time, we sell or otherwise dispose of selected operations as we adjust our portfolio of businesses to meet our strategic goals. In accordance with GAAP, we segregate the operating results of discontinued operations as well as gains and losses on the sale of these discontinued operations from continuing operations on our GAAP statements of operations but continue to include them in GAAP net income or loss and net income or loss per share. We exclude these amounts from our non-GAAP financial measures for the reasons stated above and because they are unrelated to our ongoing business operations.

The following describes each non-GAAP financial measure, the items excluded from the most directly comparable GAAP measure in arriving at each non-GAAP financial measure, and the reasons management uses each measure and excludes the specified amounts in arriving at each non-GAAP financial measure.

(A) Operating income (loss) and related operating margin as a percentage of revenue. We exclude share-based compensation expenses, amortization of purchased intangible assets and acquisition-related charges from our GAAP operating income (loss) from continuing operations and related operating margin in arriving at our non-GAAP operating income (loss) and related operating margin primarily because we do not consider them part of ongoing operating results when assessing the performance of the organization, our operating segments and senior

management or when undertaking our budget and planning process. We believe that the exclusion of these expenses from our non-GAAP financial measures also facilitates the comparison of results for current periods and guidance for future periods with results for prior periods. In addition, we exclude amortization of purchased intangible assets and acquisition-related charges from non-GAAP operating income (loss) and operating margin because we believe that excluding these items facilitates comparisons to the results of other companies in our industry, which have their own unique acquisition histories.

(B) Net income (loss) and net income (loss) per share (or earnings per share). We exclude share-based compensation expenses, amortization of purchased intangible assets, acquisition-related charges, net gains on marketable equity securities and other investments, gains and losses on disposals of businesses, certain tax items as described above, and amounts related to discontinued operations from our GAAP net income (loss) and net income (loss) per share in arriving at our non-GAAP net income (loss) and net income (loss) per share. We exclude all of these items from our non-GAAP net income (loss) and net income (loss) per share primarily because we do not consider them part of ongoing operating results when assessing the performance of the organization, our operating segments and senior management or when undertaking our budget and planning process. We believe that the exclusion of these items from our non-GAAP financial measures also facilitates the comparison of results for current periods and guidance for future periods with results for prior periods.

In addition, we exclude amortization of purchased intangible assets and acquisition-related charges from our non-GAAP net income (loss) and net income (loss) per share because we believe that excluding these items facilitates comparisons to the results of other companies in our industry, which have their own unique acquisition histories. We exclude gains on marketable equity securities and other investments, net from our non-GAAP net income (loss) and net income (loss) per share because they are unrelated to our ongoing business operating results. Our non-GAAP financial measures exclude the income tax effects of the adjustments described above that relate to the current period as well as adjustments for similar items that relate to prior periods. We exclude the impact of these tax items because management believes that they are not indicative of our ongoing business operations. The effective tax rates used to calculate non-GAAP net income (loss) and net income (loss) per share were as follows: 35% for the first and second quarters of fiscal 2006; 38% for the third quarter of fiscal 2006; 37% for the fourth quarter of fiscal 2006 and full fiscal 2006; 37% for the first quarter of fiscal 2007; 36% for the second, third and fourth quarters of fiscal 2007, and for full fiscal 2007; and 36% for fiscal 2008 guidance. Finally, we exclude amounts related to discontinued operations from our non-GAAP net income (loss) and net income (loss) per share because they are unrelated to our ongoing business operations.

We refer to these non-GAAP financial measures in assessing the performance of Intuit's ongoing operations and for planning and forecasting in future periods. These non-GAAP financial measures also facilitate our internal comparisons to Intuit's historical operating results. We have historically reported similar non-GAAP financial measures and believe that the inclusion of comparative numbers provides consistency in our financial reporting. We compute non-GAAP financial measures using the same consistent method from quarter to quarter and year to year.

The reconciliations of the forward-looking non-GAAP financial measures to the most directly comparable GAAP financial measures in Table E1 include all information reasonably available to Intuit at August 22, 2007. These tables include adjustments that we can reasonably predict. Events that could cause the reconciliation to change include acquisitions and divestitures of businesses, goodwill and other asset impairments and sales of marketable equity securities and other investments.

**Table A2**
INTUIT INC.
NON-GAAP CONSOLIDATED STATEMENTS OF OPERATIONS DATA
(In thousands, except per share amounts)
(Unaudited)

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | July 31, 2007 | July 31, 2006 | July 31, 2007 | July 31, 2006 |
| Net revenue: | | | | |
| Product | $ 207,160 | $ 188,085 | $ 1,447,392 | $ 1,335,430 |
| Service and other | 225,512 | 141,371 | 1,225,555 | 957,580 |
| Total net revenue | 432,672 | 329,456 | 2,672,947 | 2,293,010 |
| Costs and expenses: | | | | |
| Cost of revenue: | | | | |
| Cost of product revenue | 26,897 | 26,403 | 168,358 | 165,008 |
| Cost of service and other revenue | 89,651 | 56,940 | 306,136 | 230,861 |
| Selling and marketing | 149,460 | 125,956 | 718,850 | 635,878 |
| Research and development | 120,597 | 97,210 | 451,005 | 366,899 |
| General and administrative | 63,370 | 60,738 | 263,825 | 240,167 |
| Total costs and expenses | 449,975 | 367,247 | 1,908,174 | 1,638,813 |
| Income (loss) from operations | (17,303) | (37,791) | 764,773 | 654,197 |
| Interest expense | (14,268) | - | (27,091) | - |
| Interest and other income | 20,822 | 19,733 | 52,689 | 40,659 |
| Income (loss) before income taxes | (10,749) | (18,058) | 790,371 | 694,856 |
| Income tax provision (benefit) | (3,816) | (6,681) | 280,582 | 257,097 |
| Minority interest expense, net of tax | 516 | 68 | 1,337 | 691 |
| Net income (loss) | $ (7,449) | $ (11,445) | $ 508,452 | $ 437,068 |
| | | | | |
| Basic net income (loss) per share | $ (0.02) | $ (0.03) | $ 1.48 | $ 1.26 |
| Shares used in basic per share amounts | 337,550 | 342,505 | 342,637 | 347,854 |
| | | | | |
| Diluted net income (loss) per share | $ (0.02) | $ (0.03) | $ 1.43 | $ 1.21 |
| Shares used in diluted per share amounts | 337,550 | 342,505 | 355,815 | 360,471 |

See "About Non-GAAP Financial Measures" immediately preceding this Table A2 for information on these measures, the items excluded from the most directly comparable GAAP measures in arriving at non-GAAP financial measures, and the reasons management uses each measure and excludes the specified amounts in arriving at each non-GAAP financial measure.

**Table B1**
INTUIT INC.
RECONCILIATION OF NON-GAAP STATEMENTS OF OPERATIONS DATA
TO GAAP CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands, except per share amounts)
(Unaudited)

| | Three Months Ended July 31, 2007 | | | Three Months Ended July 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Non-GAAP | Adjmts | GAAP | Non-GAAP | Adjmts | GAAP |
| Net revenue: | | | | | | |
| Product | $ 207,160 | $ - | $ 207,160 | $ 188,085 | $ - | $ 188,085 |
| Service and other | 225,512 | - | 225,512 | 141,371 | - | 141,371 |
| Total net revenue | 432,672 | - | 432,672 | 329,456 | - | 329,456 |
| Costs and expenses: | | | | | | |
| Cost of revenue: | | | | | | |
| Cost of product revenue | 26,897 | 129 [a] | 27,026 | 26,403 | 197 [a] | 26,600 |
| Cost of service and other revenue | 89,651 | 1,200 [a] | 90,851 | 56,940 | 379 [a] | 57,319 |
| Amortization of purchased intangible assets | - | 13,055 [b] | 13,055 | - | 1,622 [b] | 1,622 |
| Selling and marketing | 149,460 | 5,205 [a] | 154,665 | 125,956 | 4,757 [a] | 130,713 |
| Research and development | 120,597 | 5,305 [a] | 125,902 | 97,210 | 4,303 [a] | 101,513 |
| General and administrative | 63,370 | 6,489 [a] | 69,859 | 60,738 | 6,107 [a] | 66,845 |
| Acquisition-related charges | - | 8,022 [c] | 8,022 | - | 1,782 [c] | 1,782 |
| Total costs and expenses | 449,975 | 39,405 | 489,380 | 367,247 | 19,147 | 386,394 |
| Operating income (loss) from continuing operations | (17,303) | (39,405) | (56,708) | (37,791) | (19,147) | (56,938) |
| Interest expense | (14,268) | - | (14,268) | | | |
| Interest and other income | 20,822 | - | 20,822 | 19,733 | 2,364 [d] | 22,097 |
| Gains on marketable equity securities and other investments, net | - | - | - | - | 256 [e] | 256 |
| Gain on sale of outsourced payroll assets | - | 31,270 [f] | 31,270 | | | |
| Income (loss) from continuing operations before income taxes | (10,749) | (8,135) | (18,884) | (18,058) | (16,527) | (34,585) |
| Income tax provision (benefit) | (3,816) | (2,725) [g] | (6,541) | (6,681) | (9,103) [g] | (15,784) |
| Minority interest expense, net of tax | 516 | - | 516 | 68 | - | 68 |
| Net income (loss) from continuing operations | (7,449) | (5,410) | (12,859) | (11,445) | (7,424) | (18,869) |
| Net income (loss) from discontinued operations | - | (781) [h] | (781) | - | 15 [h] | 15 |
| Net income (loss) | $ (7,449) | $ (6,191) | $ (13,640) | $ (11,445) | $ (7,409) | $ (18,854) |
| Basic net income (loss) per share from continuing operations | $ (0.02) | | $ (0.04) | $ (0.03) | | $ (0.06) |
| Basic net income (loss) per share from discontinued operations | - | | - | - | | - |
| Basic net income (loss) per share | $ (0.02) | | $ (0.04) | $ (0.03) | | $ (0.06) |
| Shares used in basic per share amounts | 337,550 | | 337,550 | 342,505 | | 342,505 |
| Diluted net income (loss) per share from continuing operations | $ (0.02) | | $ (0.04) | $ (0.03) | | $ (0.06) |
| Diluted net income (loss) per share from discontinued operations | - | | - | - | | - |
| Diluted net income (loss) per share | $ (0.02) | | $ (0.04) | $ (0.03) | | $ (0.06) |
| Shares used in diluted per share amounts | 337,550 | | 337,550 | 342,505 | | 342,505 |

See "About Non-GAAP Financial Measures" immediately preceding Table A2 for more information on these non-GAAP adjustments.

[a]    Adjustment to exclude share-based compensation expense for stock options, restricted stock, restricted stock units and purchases under our Employee Stock Purchase Plan from non-GAAP financial measures.
[b]    Adjustment to exclude amortization of purchased intangible assets from non-GAAP financial measures.
[c]    Adjustment to exclude acquisition-related charges from non-GAAP financial measures.
[d]    Adjustment to exclude pre-tax gain on sale of certain assets of our Intuit Construction Business Solutions business.
[e]    Adjustment to exclude net gains on marketable equity securities and other investments from non-GAAP financial measures.
[f]    Adjustment to exclude pre-tax gain on sale of outsourced payroll assets from non-GAAP financial measures.
[g]    Adjustment to reflect the tax effects of items [a] through [f] and to exclude certain GAAP discrete tax items from non-GAAP financial measures.
[h]    Adjustment to exclude net income (loss) from discontinued operations from non-GAAP financial measures.

**Table B2**
INTUIT INC.
RECONCILIATION OF NON-GAAP STATEMENTS OF OPERATIONS DATA
TO GAAP CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands, except per share amounts)
(Unaudited)

| | Twelve Months Ended July 31, 2007 | | | Twelve Months Ended July 31, 2006 | | |
|---|---|---|---|---|---|---|
| | Non-GAAP | Adjmts | GAAP | Non-GAAP | Adjmts | GAAP |
| Net revenue: | | | | | | |
| Product | $ 1,447,392 | $ - | $ 1,447,392 | $ 1,335,430 | $ - | $ 1,335,430 |
| Service and other | 1,225,555 | - | 1,225,555 | 957,580 | - | 957,580 |
| Total net revenue | 2,672,947 | - | 2,672,947 | 2,293,010 | - | 2,293,010 |
| Costs and expenses: | | | | | | |
| Cost of revenue: | | | | | | |
| Cost of product revenue | 168,358 | 743 [a] | 169,101 | 165,008 | 941 [a] | 165,949 |
| Cost of service and other revenue | 306,136 | 3,283 [a] | 309,419 | 230,861 | 1,727 [a] | 232,588 |
| Amortization of purchased intangible assets | - | 30,926 [b] | 30,926 | - | 8,785 [b] | 8,785 |
| Selling and marketing | 718,850 | 23,518 [a] | 742,368 | 635,878 | 21,710 [a] | 657,588 |
| Research and development | 451,005 | 21,511 [a] | 472,516 | 366,899 | 18,896 [a] | 385,795 |
| General and administrative | 263,825 | 27,258 [a] | 291,083 | 240,167 | 27,066 [a] | 267,233 |
| Acquisition-related charges | - | 19,964 [c] | 19,964 | - | 9,478 [c] | 9,478 |
| Total costs and expenses | 1,908,174 | 127,203 | 2,035,377 | 1,638,813 | 88,603 | 1,727,416 |
| Operating income from continuing operations | 764,773 | (127,203) | 637,570 | 654,197 | (88,603) | 565,594 |
| Interest expense | (27,091) | | (27,091) | | | |
| Interest and other income | 52,689 | - | 52,689 | 40,659 | 2,364 [d] | 43,023 |
| Gains on marketable equity securities and other investments, net | - | 1,568 [e] | 1,568 | - | 7,629 [e] | 7,629 |
| Gain on sale of outsourced payroll assets | - | 31,676 [f] | 31,676 | | | |
| Income from continuing operations before income taxes | 790,371 | (93,959) | 696,412 | 694,856 | (78,610) | 616,246 |
| Income tax provision | 280,582 | (28,975) [g] | 251,607 | 257,097 | (22,505) [g] | 234,592 |
| Minority interest expense, net of tax | 1,337 | | 1,337 | 691 | - | 691 |
| Net income from continuing operations | 508,452 | (64,984) | 443,468 | 437,068 | (56,105) | 380,963 |
| Net income (loss) from discontinued operations | - | (3,465) [h] | (3,465) | - | 36,000 [h] | 36,000 |
| Net income | $ 508,452 | $ (68,449) | $ 440,003 | $ 437,068 | $ (20,105) | $ 416,963 |
| | | | | | | |
| Basic net income per share from continuing operations | $ 1.48 | | $ 1.29 | $ 1.26 | | $ 1.10 |
| Basic net income (loss) per share from discontinued operations | - | | (0.01) | | | 0.10 |
| Basic net income per share | $ 1.48 | | $ 1.28 | $ 1.26 | | $ 1.20 |
| Shares used in basic per share amounts | 342,637 | | 342,637 | 347,854 | | 347,854 |
| | | | | | | |
| Diluted net income per share from continuing operations | $ 1.43 | | $ 1.25 | $ 1.21 | | $ 1.06 |
| Diluted net income (loss) per share from discontinued operations | - | | (0.01) | - | | 0.10 |
| Diluted net income per share | $ 1.43 | | $ 1.24 | $ 1.21 | | $ 1.16 |
| Shares used in diluted per share amounts | 355,815 | | 355,815 | 360,471 | | 360,471 |

See "About Non-GAAP Financial Measures" immediately preceding Table A2 for more information on these non-GAAP adjustments.

[a]  Adjustment to exclude share-based compensation expense for stock options, restricted stock, restricted stock units and purchases under our Employee Stock Purchase Plan from non-GAAP financial measures.
[b]  Adjustment to exclude amortization of purchased intangible assets from non-GAAP financial measures.
[c]  Adjustment to exclude acquisition-related charges from non-GAAP financial measures.
[d]  Adjustment to exclude pre-tax gain on sale of certain assets of our Intuit Construction Business Solutions business.
[e]  Adjustment to exclude net gains on marketable equity securities and other investments from non-GAAP financial measures.
[f]  Adjustment to exclude pre-tax gain on sale of outsourced payroll assets from non-GAAP financial measures.
[g]  Adjustment to reflect the tax effects of items [a] through [f] and to exclude certain GAAP discrete tax items from non-GAAP financial measures.
[h]  Adjustment to exclude net income (loss) from discontinued operations from non-GAAP financial measures.

**Table E1**
**INTUIT INC.**
RECONCILIATION OF FORWARD-LOOKING GUIDANCE FOR NON-GAAP FINANCIAL MEASURES
TO PROJECTED GAAP REVENUE, OPERATING INCOME (LOSS), AND EPS
(In thousands, except per share amounts)
(Unaudited)

| | Forward-Looking Guidance | | | | | | |
|---|---|---|---|---|---|---|---|
| | GAAP Range of Estimate | | | | Non-GAAP Range of Estimate | |
| | From | To | Adjustments | | | From | To |
| **Three Months Ending October 31, 2007** | | | | | | | |
| Revenue | $ 426,000 | $ 441,000 | $ - | | | $ 426,000 | $ 441,000 |
| Operating loss | $ (116,000) | $ (105,000) | $ 49,000 | [a] | | $ (67,000) | $ (56,000) |
| Diluted loss per share | $ (0.09) | $ (0.07) | $ (0.05) | [b] | | $ (0.14) | $ (0.12) |
| Shares | 338,000 | 340,000 | | | | 338,000 | 340,000 |
| **Three Months Ending January 31, 2008** | | | | | | | |
| Revenue | $ 833,000 | $ 848,000 | $ - | | | $ 833,000 | $ 848,000 |
| Diluted earnings per share | $ 0.28 | $ 0.30 | $ 0.06 | [c] | | $ 0.34 | $ 0.36 |
| **Three Months Ending April 30, 2008** | | | | | | | |
| Revenue | $ 1,268,000 | $ 1,293,000 | $ - | | | $ 1,268,000 | $ 1,293,000 |
| Diluted earnings per share | $ 1.25 | $ 1.28 | $ 0.08 | [d] | | $ 1.33 | $ 1.36 |
| **Three Months Ending July 31, 2008** | | | | | | | |
| Revenue | $ 466,000 | $ 471,000 | $ - | | | $ 466,000 | $ 471,000 |
| Diluted loss per share | $ (0.13) | $ (0.11) | $ 0.09 | [e] | | $ (0.04) | $ (0.02) |
| **Twelve Months Ending July 31, 2008** | | | | | | | |
| Revenue | $ 3,000,000 | $ 3,050,000 | $ - | | | $ 3,000,000 | $ 3,050,000 |
| Operating income | $ 660,000 | $ 675,000 | $ 195,000 | [f] | | $ 855,000 | $ 870,000 |
| Operating margin | 21% | 22% | 7% | [f] | | 28% | 29% |
| Diluted earnings per share | $ 1.41 | $ 1.43 | $ 0.18 | [g] | | $ 1.59 | $ 1.61 |
| Shares | 345,000 | 348,000 | | | | 345,000 | 348,000 |

See "About Non-GAAP Financial Measures" immediately preceding Table A2 for more information on these measures, the items excluded from the most directly comparable GAAP measures in arriving at non-GAAP financial measures, and the reasons management uses each measure and excludes the specified amounts in arriving at each non-GAAP financial measure.

[a]  Reflects estimated adjustments for share-based compensation expense of approximately $28 million; amortization of purchased intangible assets of approximately $11 million; and acquisition-related charges of approximately $10 million.

[b]  Reflects the estimated adjustments in item [a]; an adjustment for an expected pre-tax gain on the sale of certain assets related to our Complete Payroll and Premier Payroll Service businesses of approximately $35 million; income taxes related to these adjustments; and an adjustment for an estimated net gain from discontinued operations of approximately $26 million.

[c]  Reflects estimated adjustments for share-based compensation expense of approximately $28 million; amortization of purchased intangible assets of approximately $11 million; acquisition-related charges of approximately $10 million; an adjustment for an expected pre-tax gain on the sale of certain assets related to our Complete Payroll and Premier Payroll Service businesses of approximately $18 million; and income taxes related to these adjustments.

[d]  Reflects adjustments for share-based compensation expense of approximately $27 million; amortization of purchased intangible assets of approximately $11 million; acquisition-related charges of approximately $10 million; an adjustment for an expected pre-tax gain on the sale of certain assets related to our Complete Payroll and Premier Payroll Service businesses of approximately $8 million; and income taxes related to these adjustments.

[e]  Reflects adjustments for share-based compensation expense of approximately $28 million; amortization of purchased intangible assets of approximately $11 million; acquisition-related charges of approximately $10 million; and income taxes related to these adjustments.

[f]  Reflects estimated adjustments for share-based compensation expense of approximately $111 million; amortization of purchased intangible assets of approximately $44 million; and acquisition-related charges of approximately $40 million.

[g]  Reflects the estimated adjustments in item [f]; an adjustment for an expected pre-tax gain on the sale of certain assets related to our Complete Payroll and Premier Payroll Service businesses of approximately $61 million; income taxes related to these adjustments; and an adjustment for an estimated net gain from discontinued operations of approximately $26 million.

**TABLE E2**
INTUIT INC.
RECONCILIATION OF HISTORICAL NON-GAAP FINANCIAL MEASURES
TO MOST DIRECTLY COMPARABLE GAAP FINANCIAL MEASURES
(In thousands, except per share amounts)
(Unaudited)

| | GAAP | | Adjustments | | | Non-GAAP | |
|---|---|---|---|---|---|---|---|
| **Three months ended October 31, 2005** | | | | | | | |
| Operating loss | $ | (99,782) | $ | 25,631 | [a] | $ | (74,151) |
| Diluted loss per share | $ | (0.13) | $ | 0.01 | [b] | $ | (0.12) |
| **Three months ended January 31, 2006** | | | | | | | |
| Operating income | $ | 242,030 | $ | 22,565 | [c] | $ | 264,595 |
| Operating margin | | 33% | | 3% | [c] | | 36% |
| Diluted earnings per share | $ | 0.50 | $ | (0.02) | [d] | $ | 0.48 |
| **Three months ended April 30, 2006** | | | | | | | |
| Operating income | $ | 480,284 | $ | 21,260 | [e] | $ | 501,544 |
| Operating margin | | 51% | | 2% | [e] | | 53% |
| Diluted earnings per share | $ | 0.84 | $ | 0.05 | [f] | $ | 0.89 |
| **Three months ended July 31, 2006** | | | | | | | |
| Operating loss | $ | (56,938) | $ | 19,147 | [g] | $ | (37,791) |
| Diluted loss per share | $ | (0.06) | $ | 0.03 | [h] | $ | (0.03) |
| **Twelve months ended July 31, 2006** | | | | | | | |
| Operating income | $ | 565,594 | $ | 88,603 | [i] | $ | 654,197 |
| Operating margin | | 25% | | 4% | [i] | | 29% |
| Diluted earnings per share | $ | 1.16 | $ | 0.05 | [j] | $ | 1.21 |
| **Three months ended October 31, 2006** | | | | | | | |
| Operating loss | $ | (98,519) | $ | 22,526 | [k] | $ | (75,993) |
| Diluted loss per share | $ | (0.17) | $ | 0.05 | [l] | $ | (0.12) |
| **Three months ended January 31, 2007** | | | | | | | |
| Operating income | $ | 214,717 | $ | 22,707 | [m] | $ | 237,424 |
| Operating margin | | 29% | | 3% | [m] | | 32% |
| Diluted income per share | $ | 0.40 | $ | 0.04 | [n] | $ | 0.44 |
| **Three months ended April 30, 2007** | | | | | | | |
| Operating income | $ | 578,080 | $ | 42,565 | [o] | $ | 620,645 |
| Operating margin | | 51% | | 3% | [o] | | 54% |
| Diluted income per share | $ | 1.04 | $ | 0.09 | [p] | $ | 1.13 |
| **Three months ended July 31, 2007** | | | | | | | |
| Operating loss | $ | (56,708) | $ | 39,405 | [q] | $ | (17,303) |
| Diluted loss per share | $ | (0.04) | $ | 0.02 | [r] | $ | (0.02) |
| **Twelve months ended July 31, 2007** | | | | | | | |
| Operating income | $ | 637,570 | $ | 127,203 | [s] | $ | 764,773 |
| Operating margin | | 24% | | 5% | [s] | | 29% |
| Diluted income per share | $ | 1.24 | $ | 0.19 | [t] | $ | 1.43 |

See "About Non-GAAP Financial Measures" immediately preceding Table A2 for more information on these measures, the items excluded from the most directly comparable GAAP measures in arriving at non-GAAP financial measures, and the reasons management uses each measure and excludes the specified amounts in arriving at each non-GAAP financial measure.

[a]   Reflects adjustments for share-based compensation expense of $20.2 million; amortization of purchased intangible assets of $2.7 million; and acquisition-related charges of $2.8 million.

[b]   Reflects the adjustments in item [a]; an adjustment for net gains on marketable equity securities and other investments of $4.3 million; and income taxes related to these adjustments. Also reflects adjustments for certain GAAP tax benefits and for net income from discontinued operations of $10.1 million.

[c]   Reflects adjustments for share-based compensation expense of $17.5 million; amortization of purchased intangible assets of $2.5 million; and acquisition-related charges of $2.6 million.

[d]   Reflects the adjustments in item [c]; an adjustment for net gains on marketable equity securities and other investments of $3.0 million; and income taxes related to these adjustments. Also reflects adjustments for certain GAAP tax benefits and for net income from discontinued operations of $25.9 million.

[e]   Reflects adjustments for share-based compensation expense of $16.9 million; amortization of purchased intangible assets of $2.0 million; and acquisition-related charges of $2.3 million.

[f]   Reflects the adjustments in item [e]; an adjustment for net gains on marketable equity securities and other investments of $0.1 million; and income taxes related to these adjustments. Also reflects adjustments for certain GAAP tax benefits and for net loss from discontinued operations of $0.1 million.

[g]   Reflects adjustments for share-based compensation expense of $15.7 million; amortization of purchased intangible assets of $1.6 million; and acquisition-related charges of $1.8 million.

[h]   Reflects the adjustments in item [g]; an adjustment for net gains on marketable equity securities and other investments of $0.3 million; a $2.4 million adjustment for a pre-tax gain on the sale of certain assets of our Intuit Construction Business Solutions (ICBS) business; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items, including the tax on the gain on the sale of certain assets of our ICBS business.

[i]   Reflects adjustments for share-based compensation expense of $70.3 million; amortization of purchased intangible assets of $8.8 million; and acquisition-related charges of $9.5 million.

[j]   Reflects the adjustments in item [i]; an adjustment for net gains on marketable equity securities and other investments of $7.6 million; a $2.4 million adjustment for a pre-tax gain on the sale of certain assets of our ICBS business; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items, including the tax on the gain on the sale certain assets of our ICBS business, and for net income from discontinued operations of $36.0 million.

[k]   Reflects adjustments for share-based compensation expense of $18.6 million; amortization of purchased intangible assets of $2.0 million; and acquisition-related charges of $1.9 million.

[l]   Reflects the adjustments in item [k]; an adjustment for net gains on marketable equity securities and other investments of $1.2 million; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items and for net loss from discontinued operations of $1.7 million.

[m]   Reflects adjustments for share-based compensation expense of $19.0 million; amortization of purchased intangible assets of $2.3 million; and acquisition-related charges of $1.4 million.

[n]   Reflects the adjustments in item [m] and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items and for net income from discontinued operations of $0.2 million.

[o]   Reflects adjustments for share-based compensation expense of $20.3 million; amortization of purchased intangible assets of $13.5 million; and acquisition-related charges of $8.7 million.

[p]   Reflects the adjustments in item [o]; an adjustment for net gains on marketable equity securities and other investments of $0.3 million; an adjustment for a pre-tax gain on sale of outsourced payroll assets of $0.4 million; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items and for a net loss from discontinued operations of $0.7 million.

[q]   Reflects adjustments for share-based compensation expense of $18.3 million; amortization of purchased intangible assets of $13.1 million; and acquisition-related charges of $8.0 million.

[r]   Reflects the adjustments in item [q]; an adjustment for a pre-tax gain on sale of outsourced payroll assets of $31.3 million; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items and for a net loss from discontinued operations of $0.8 million.

[s]   Reflects adjustments for share-based compensation expense of $76.3 million; amortization of purchased intangible assets of $30.9 million; and acquisition-related charges of $20.0 million.

[t]   Reflects the adjustments in item [s]; an adjustment for net gains on marketable equity securities and other investments of $1.6 million; an adjustment for a pre-tax gain on sale of outsourced payroll assets of $31.7 million; and income taxes related to these adjustments. Also reflects adjustments for certain discrete GAAP tax items and for a net loss from discontinued operations of $3.5 million.

INTUIT INC.
CAUTIONS ABOUT FORWARD-LOOKING STATEMENTS

The accompanying financial information contains forward-looking statements, including forecasts of Intuit's expected financial results and its prospects for the business in fiscal 2008 and beyond.

Because these forward-looking statements involve risks and uncertainties, there are important factors that could cause our actual results to differ materially from the expectations expressed in the forward-looking statements. These factors include, without limitation, the following: product introductions and price competition from our competitors can have unpredictable negative effects on our revenue, profitability and market position; governmental encroachment in our tax businesses or other governmental activities regulating the filing of tax returns could negatively affect our operating results and market position; we may not be able to successfully introduce new products and services to meet our growth and profitability objectives, and current and future products and services may not adequately address customer needs and may not achieve broad market acceptance, which could harm our operating results and financial condition; any failure to maintain reliable and responsive service levels for our offerings could cause us to lose customers and negatively impact our revenues and profitability; any significant product quality problems or delays in our products could harm our revenue, earnings and reputation; our participation in the Free File Alliance may result in lost revenue opportunities and cannibalization of our traditional paid franchise; any failure to properly use and protect personal customer information could harm our revenue, earnings and reputation; our acquisition activities may be disruptive to Intuit and may not result in expected benefits; our use of significant amounts of debt to finance acquisitions or other activities could harm our financial condition and results of operations; our revenue and earnings are highly seasonal and the timing of our revenue between quarters is difficult to predict, which may cause significant quarterly fluctuations in our financial results; predicting tax-related revenues is challenging due to the heavy concentration of activity in a short time period; we have implemented, and are continuing to upgrade, new information systems and any problems with these new systems could interfere with our ability to ship and deliver products and gather information to effectively manage our business; our financial position may not make repurchasing shares advisable or we may issue additional shares in an acquisition causing our number of outstanding shares to grow; and litigation involving intellectual property, antitrust, shareholder and other matters may increase our costs. More details about these and other risks that may impact our business are included in our Form 10-K for fiscal 2006 and in our other SEC filings. You can locate these reports through our website at http://www.intuit.com/about_intuit/investors. Forward-looking statements are based on information as of August 22, 2007, and we do not undertake any duty to update any forward-looking statement or other information.