QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-04788-RS<br><br>**[PROPOSED] ORDER DENYING MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY**<br><br>Date:   December 14, 2007<br>Time:   9:30 a.m.<br>Courtroom: 4<br>Judge:   Hon. Richard Seeborg |

### [PROPOSED] ORDER DENYING MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY

This matter is before the Court on Plaintiff DeFatta's Motion to Remand Case to State Court, or in the Alternative, Permitting Plaintiff to Engage in Limited Jurisdictional Discovery. After considering all the moving papers and all papers in support thereof, the Court finds that the Motion does not have merit and denies remand to state court and Plaintiff's request for jurisdictional discovery.

51276/2299042.1

[PROPOSED] ORDER DENYING MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN JURISDICTIONAL DISCOVERY
Case No. 07-CV-04788-RS

1  **IT IS SO ORDERED:**

5  DATED:

6  Richard Seeborg
   United States Magistrate Judge

[PROPOSED] ORDER DENYING MOTION TO REMAND CASE TO STATE COURT, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN JURISDICTIONAL DISCOVERY
Case No. 07-CV-04788-RS