WALTER J. LACK (CA SBN 57550)
PAUL A. TRAINA (CA SBN 155805)
BRYAN C. PAYNE, (CA SBN 230966)
**ENGSTROM, LIPSCOMB & LACK, P.C.**
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Telephone: (310) 552-3800
Facsimile:  (310) 552-9434

ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*)
**THE SHER LAW FIRM P.L.L.C.**
3100 Timmons Lane, Suite 101
Houston, TX 77027
Telephone:  (713) 626-2100
Facsimile:  (713) 626-2101

ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*)
**THE KLEIN LAW FIRM**
2000 The Lyric Center
440 Louisiana
Houston, TX 77002
Telephone:  (713) 650-1111
Facsimile:  (713) 227-1121

Attorneys for Plaintiff
TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07 04788 RS<br>[Santa Clara Superior Court Case No. 107CV091687]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE AND FILE HER OPPOSITION TO MOTION TO REMAND, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY**<br><br>Date: December 14, 2007<br>Time: 9:30 a.m.<br>Ctrm: 4 |

WHEREAS, Plaintiff Tracy DeFatta ("Plaintiff") filed a Motion to Remand Case to State Court on October 17, 2007;

@PFDesktop\::ODMA/PCDOCS/ELLHMDM/295526/1        1

**STIPULATION EXTENDING TIME FOR PLAINTIFF'S TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO REMAND**

1  WHEREAS, this Motion is currently scheduled to be heard on December 14, 2007;

2  WHEREAS, Defendant Intuit, Inc.'s ("Defendant") Opposition to the Motion to Remand
3  was due on November 21, 2007, and Plaintiff's Reply is due on November 28, 2007;

4  WHEREAS, Plaintiff seeks an extension of time until November 30, 2007 to file her Reply
5  to Defendant's Opposition;

6  WHEREAS, the parties met and conferred and Defendant has agreed that it will not be
7  prejudiced by said extension and are agreeable to extending the Reply date to November 30, 2007
8  date;

9  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through
10 their respective counsel, subject to the approval of the Court, that Plaintiff's Reply to Defendant's
11 Opposition to Plaintiff's Motion to Remand, or in the Alternative, Permitting Plaintiff to Engage in
12 Limited Jurisdictional Discovery, is hereby extended to November 30, 2007.

13

14 **IT IS SO STIPULATED.**

15 DATED: November 26, 2007            ENGSTROM, LIPSCOMB & LACK
                                       THE SHER LAW FIRM P.L.L.C.
16                                     THE KLEIN LAW FIRM

17

18                                     By _____
                                          WALTER J. LACK
19                                        PAUL A. TRAINA
                                          BRYAN C. PAYNE
20                                        ANDREW SHER
                                          ALEXANDER B. KLEIN, III
21                                        Attorneys for Plaintiff

22
   DATED: November 26, 2007            QUINN EMANUEL URQUHART OLIVER &
23                                     HEDGES, LLP

24

25                                     By _____
                                          EVETTE D. PENNYPACKER
26                                        Attorneys for Defendant

27

28

## ORDER

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS SO ORDERED: Plaintiff shall have until November 30, 2007 to serve and file her Reply to Defendant's Opposition to Plaintiff's Motion to Remand.

DATED: _____

Richard Seeborg
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA          )
                             )ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On November __, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO MOTION TO REMAND, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

** SEE ATTACHED MAILING LIST **

_____ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

_____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

_____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November __, 2007 at Los Angeles, California.

_____
MERLENE FLETCHER

# SERVICE LIST

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
| --- | --- | --- |
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant.<br>INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |