WALTER J. LACK (CA SBN 57550)
PAUL A. TRAINA (CA SBN 155805)
BRYAN C. PAYNE, (CA SBN 230966)
**ENGSTROM, LIPSCOMB & LACK, P.C.**
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107
Telephone:  (310) 552-3800
Facsimile:   (310) 552-9434

ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*)
**THE SHER LAW FIRM P.L.L.C.**
3100 Timmons Lane, Suite 101
Houston, TX 77027
Telephone:   (713) 626-2100
Facsimile:    (713) 626-2101

ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*)
**THE KLEIN LAW FIRM**
2000 The Lyric Center
440 Louisiana
Houston, TX 77002
Telephone:   (713) 650-1111
Facsimile:    (713) 227-1121

Attorneys for Plaintiff
TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>                  Defendants. | CASE NO. C07 04788 RS<br>[Santa Clara Superior Court Case No. 107CV091687]<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND, OR IN THE ALTERNATIVE, PERMITTING PLAINTIFF TO ENGAGE IN LIMITED JURISDICTIONAL DISCOVERY**<br><br>**Date: December 14, 2007**<br>**Time: 9:30 a.m.**<br>**Ctrm: 4** |

**TO THE HONORABLE COURT AND TO DEFENDANT AND ITS ATTORNEYS OF RECORD HEREIN:**

//

@PFDesktop\::ODMA/PCDOCS/ELLHMDM/295753/1      1

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND**

PLEASE BE ADVISED that pursuant to an agreement between the parties, through their respective counsel of record, Plaintiff Tracy DeFatta hereby withdraws her previously filed Motion to Remand, or in the Alternative, Permitting Plaintiff to Engage in Limited Jurisdictional Discovery. The Court is hereby requested to take the December 14, 2007 scheduled hearing for this matter off calendar.

DATED: December 3, 2007         ENGSTROM, LIPSCOMB & LACK
                                THE SHER LAW FIRM P.L.L.C.
                                THE KLEIN LAW FIRM


                                By     /S/ Bryan C. Payne
                                    WALTER J. LACK
                                    PAUL A. TRAINA
                                    BRYAN C. PAYNE
                                    ANDREW SHER
                                    ALEXANDER B. KLEIN, III
                                    Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On December 3, 2007, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND, OR IN THE ALTERNATIVE, PERMITTING LIMITED JURISDICTIONAL DISCOVERY** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

\*\* SEE ATTACHED MAILING LIST \*\*

\_\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

**X**  **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

\_\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_\_ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 3 at Los Angeles, California.

                                               /S/
                                     MERLENE FLETCHER

# SERVICE LIST

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant. INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |