UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRACY DeFATTA,

            Plaintiff(s),

    v.

INTUIT, INC.

            Defendant(s).
_____/

Case No.   C07 04788 RS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/19/07

                                                                                     [Party]

Dated: 12/19/2007

                                                                                    [Counsel]
                                                                                  Bryan C. Payne

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA           )
                              )ss.
COUNTY OF LOS ANGELES         )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On December 19, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

     ** SEE ATTACHED MAILING LIST **

\_\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

\_\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_\_ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007 at Los Angeles, California.

_____
MERLENE FLETCHER

1 SERVICE LIST

2 *DeFatta v. Intuit, Inc., et al.*
USDC, Northern District Case No. C07 04788 RS
3 [Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant, INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027<br>Eff. 11/15/07 - Old Address:<br>4151 Southwest Freeway, Suite 435<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |

294649.1