UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRACY DeFATTA,

          Plaintiff(s),

    v.

INTUIT, INC.

          Defendant(s).
_____/

CASE NO.   C07 04788 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
\* Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 12/19/07

_____
Attorney for Plaintiff
Bryan C. Payne

Dated: 12/19/07

/s/
_____
Attorney for Defendant
Evette D. Pennypacker

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____          _____

                                                          UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )ss.
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On December 19, I served the foregoing document described as **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

                 \*\* SEE ATTACHED MAILING LIST \*\*

\_\_\_\_\_ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee(s).

**__X__** **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

\_\_\_\_\_ **(BY FEDERAL EXPRESS)** I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_\_ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**__X__** **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007 at Los Angeles, California.

                                              _____
                                              MERLENE FLETCHER

1 

## SERVICE LIST

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant. INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027<br>~~Eff. 11/15/07 - Old Address:~~<br>~~4151 Southwest Freeway, Suite 435~~<br>~~Houston, TX 77027~~ | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |