1  WALTER J. LACK (CA SBN 57550)
   PAUL A. TRAINA (CA SBN 155805)
2  BRYAN C. PAYNE, (CA SBN 230966)
   **ENGSTROM, LIPSCOMB & LACK, P.C.**
3  10100 Santa Monica Boulevard, 16th Floor
   Los Angeles, CA 90067-4107
4  Telephone:  (310) 552-3800
   Facsimile:  (310) 552-9434
5

6  ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*)
   **THE SHER LAW FIRM P.L.L.C.**
7  3100 Timmons Lane, Suite 101
   Houston, TX 77027
8  Telephone:  (713) 626-2100
   Facsimile:  (713) 626-2101
9

10 ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*)
   **THE KLEIN LAW FIRM**
11 2000 The Lyric Center
   440 Louisiana
12 Houston, TX 77002
   Telephone:  (713) 650-1111
13 Facsimile:  (713) 227-1121

14 Attorneys for Plaintiff
   TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED
15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18 | TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated, | ) ) ) | CASE NO. C07 04788 RS
   |   |   | [Santa Clara Superior Court Case No. 107CV091687]
19 |   |   |
20 | Plaintiff, | ) ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
21 | v. | ) |
22 | INTUIT INC., and DOES 1 through 100, inclusive, | ) ) |
23 |   | ) |
24 | Defendants. | ) |

---

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1 | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
3 | the named parties, there is no such interest to report.

6 | DATED: January 2, 2008

ENGSTROM, LIPSCOMB & LACK
THE SHER LAW FIRM P.L.L.C.
THE KLEIN LAW FIRM

By:   /S/ Bryan C. Payne
WALTER J. LACK
PAUL A. TRAINA
BRYAN C. PAYNE
ANDREW SHER
ALEXANDER B. KLEIN, III
Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On January 2, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

\*\* SEE ATTACHED MAILING LIST \*\*

\_\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

**X** **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

\_\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_\_ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X** **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 2, 2008 at Los Angeles, California.

                                                 /S/
                                       ZANIDA SAMUELS LEVY

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**SERVICE LIST**

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant. INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**