UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 15 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__  DATE: __1/9/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-04788RS__

CASE TITLE: __TRACY DEFATTA, ET AL__ VS. __INTUIT, INC.__

**Appearances for Plaintiff(s)**  **Appearances for Defendant(s)**

__PAUL A. TRAINA__  __EVETTE D. PENNYPACKER__

__SAYURI SHARPER__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>
{ }   { }   { }   1.____
{ }   { }   { }   2.____
{ }   { }   { }   3.____
{ }   { }   { }   4.____

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {  } Cont'd to:           @           For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:____

__CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT:____       Copies to:____