**United States District Court**
For the Northern District of California

*E-FILED 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA, et al., | No. C 07-04788 RS |
| Plaintiffs, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| INTUIT, INC., | |
| Defendant. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held January 8, 2008.  After considering the Case Management Statement and Proposed Order submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1.    ALTERNATIVE DISPUTE RESOLUTION

SETTLEMENT CONFERENCE.  This case is referred to **Magistrate Judge Edward M. Chen** for a settlement conference to be completed if possible by March 26, 2008**,** according to his availability.  Counsel are to contact the settlement judge's chambers, at 415/522-4050, for scheduling and settlement conference requirements.

///

///

CASE MANAGEMENT SCHEDULING ORDER

1        2.      FURTHER CASE MANAGEMENT CONFERENCE.  A further case management

2    conference shall be held on **March 26, 2008 at 2:30 p.m.**  An updated joint case management

3    conference statement shall be filed no later than March 19, 2008.

4    **IT IS SO ORDERED.**

5    DATED:      January 8, 2008

6    _____

7    RICHARD SEEBORG
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER     2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Bryan Clayton Payne      bpayne@elllaw.com, mfletcher@elllaw.com

Evette Dionna Pennypacker      evettepennypacker@quinnemanuel.com

Sayuri K. Sharper      sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 10, 2008

        /s/ BAK
        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California