QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
    sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>              Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO.: 07-CV-04788-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER COMPLAINT**<br><br>Scheduled Hearing Date:<br>    February 20, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Richard Seeborg |

## STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER COMPLAINT

WHEREAS, Intuit Inc.'s time to respond to Plaintiff's complaint is currently January 16, 2008;

WHEREAS, the parties conferred and agreed that Intuit Inc. shall have until January 23, 2008 to answer Plaintiff's complaint and the February 20, 2008 hearing date should be taken off calendar;

WHEREAS, the parties further agree to exchange disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on February 6, 2008;

51276/2280268.1

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER THE COMPLAINT
Case No. 07-CV-04788-RS

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Intuit Inc.'s time to answer the complaint shall be continued to January 23, 2008; the February 20, 2008 hearing date is taken off calendar; and the parties shall exchange initial disclosures on February 6, 2008.

**IT IS SO STIPULATED:**

DATED: January 16, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _/s/ Yvette D. Pennypacker_
Yvette D. Pennypacker
Attorneys for Defendant Intuit Inc.

DATED: January 16, 2008         ENGSTROM, LIPSCOMB & LACK

By _/s/ Bryan C. Payne_
Bryan C. Payne
Attorneys for Defendant Tracy DeFatta

**IT IS SO ORDERED:**

DATED:

Richard Seeborg
United States Magistrate Judge

51276/2280268.1                                      2
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER TO COMPLAINT
Case No. 07-CV-04788-RS