1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 096737)
2     claudestern@quinnemanuel.com
      Evette D. Pennypacker (Bar No. 203515)
3     evettepennypacker@quinnemanuel.com          *E-FILED 1/17/08*
      Sayuri K. Sharper (Bar No. 232331)
4     sayurisharper@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100
   Attorneys for Defendant
7  Intuit Inc.

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 | TRACY DeFATTA d/b/a BOOKKEEPING      | CASE NO.: 07-CV-04788-RS
   | UNLIMITED, Individually and on behalf of |
13 | herself, all others similarly situated    | STIPULATION AND [PROPOSED]
   |                                           | ORDER REGARDING TIME TO
14 |              Plaintiff,                   | ANSWER COMPLAINT
   |                                           |
15 |      v.                                   |
   |                                           | Scheduled Hearing Date:
16 | INTUIT INC., and DOES 1 through 100,      |         February 20, 2008
   | inclusive,                                | Time:   9:30 a.m.
17 |                                           | Courtroom: 4
   |              Defendants.                  | Judge:  Hon. Richard Seeborg
18

19

20
            **STIPULATION AND [PROPOSED] ORDER REGARDING
21                    TIME TO ANSWER COMPLAINT**

22       WHEREAS, Intuit Inc.'s time to respond to Plaintiff's complaint is currently January

23  16, 2008;

24       WHEREAS, the parties conferred and agreed that Intuit Inc. shall have until January

25  23, 2008 to answer Plaintiff's complaint and the February 20, 2008 hearing date should be

26  taken off calendar;

27       WHEREAS, the parties further agree to exchange disclosures pursuant to Federal Rule

28  of Civil Procedure 26(a)(1) on February 6, 2008;

51276/2280268.1

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER THE COMPLAINT
Case No. 07-CV-04788-RS

1    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
2  through their respective counsel, that Intuit Inc.'s time to answer the complaint shall be
3  continued to January 23, 2008; the February 20, 2008 hearing date is taken off calendar; and
4  the parties shall exchange initial disclosures on February 6, 2008.

**IT IS SO STIPULATED:**

DATED: January 16, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendant Intuit Inc.

DATED: January 16, 2008

ENGSTROM, LIPSCOMB & LACK

By /s/ Bryan C. Payne
Bryan C. Payne
Attorneys for Defendant Tracy DeFatta

**IT IS SO ORDERED:**

DATED: 1/17/08

/s/ Richard Seeborg
Richard Seeborg
United States Magistrate Judge

51276/2280268.1                                                2
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER TO COMPLAINT
Case No. 07-CV-04788-RS