1  WALTER J. LACK (CA SBN 57550)
   PAUL A. TRAINA (CA SBN 155805)                    *E-FILED 2/5/08*
2  BRYAN C. PAYNE, (CA SBN 230966)
   **ENGSTROM, LIPSCOMB & LACK, P.C.**
3  10100 Santa Monica Boulevard, 16th Floor
   Los Angeles, CA 90067-4107
4  Telephone: (310) 552-3800
   Facsimile:  (310) 552-9434
5
   ANDREW SHER (TX SBN 007899623) (*pro hac vice*)
6  **THE SHER LAW FIRM P.L.L.C.**
   3100 Timmons Lane, Suite 101
7  Houston, TX 77027
   Telephone:  (713) 626-2100
8  Facsimile:   (713) 626-2101
9  ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice*)
   **THE KLEIN LAW FIRM**
10 2000 The Lyric Center
   440 Louisiana
11 Houston, TX 77002
   Telephone:  (713) 650-1111
12 Facsimile:   (713) 227-1121
13 Attorneys for Plaintiff
   TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED
14
15              **UNITED STATES DISTRICT COURT**
16            **NORTHERN DISTRICT OF CALIFORNIA**
17
18 TRACY DeFATTA d/b/a BOOKKEEPING   )  CASE NO. C07 04788 RS
   UNLIMITED, Individually and on behalf of )
   herself, and all others similarly situated,  )
19                                       )  **STIPULATION AND [~~PROPOSED~~] ORDER**
                                         )  **TO CONTINUE CASE MANAGEMENT**
20                 Plaintiff,            )  **CONFERENCE SET FOR MARCH 26, 2008**
                                         )
21       v.                              )  **Scheduled Conference Date:**
                                         )           **March 26, 2008**
22 INTUIT INC., and DOES 1 through 100,  )  **Time:**    **2:30 p.m.**
   inclusive,                            )  **Ctrm:**    **4**
23                                       )  **Judge:**   **Hon. Richard Seeborg**
                 Defendants.             )
24 ─────────────────────────────────    )

25       WHEREAS, a Case Management Conference is currently set for March 26, 2008;

26       WHEREAS, the parties are scheduled to appear before the Honorable Edward M. Chen for a

27 Settlement Conference on March 27, 2008;

28       WHEREAS, the parties conferred and agreed to request that the Case Management

@PFDesktop\::ODMA/PCDOCS/ELLHMDM/297788/1              1

Conference set for March 26, 2008 be continued to April 2, 2008.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, subject to the approval of the Court, that the Case Management Conference originally scheduled for March 26, 2008 be continued to April 2, 2008.

**IT IS SO STIPULATED**.

DATED: January 30, 2008                    ENGSTROM, LIPSCOMB & LACK
                                           THE SHER LAW FIRM P.L.L.C.
                                           THE KLEIN LAW FIRM


                                           By: _____/S/ Bryan C. Payne_____
                                                WALTER J. LACK
                                                PAUL A. TRAINA
                                                BRYAN C. PAYNE
                                                ANDREW SHER
                                                ALEXANDER B. KLEIN, III
                                                Attorneys for Plaintiff


DATED: January 30, 2008                    QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP


                                           By: _____/S/ Evette D. Pennypacker_____
                                                EVETTE D. PENNYPACKER
                                                Attorneys for Defendant

**ORDER**

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES, IT IS SO

ORDERED: The Case Management Conference scheduled for March 26, 2008 shall be continued

to April 2, 2008.


DATED: __2/4/08_____          _____

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE SET FOR MARCH 26, 2008

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )

                               )ss.

COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107.  On January 31, 2008, I served the foregoing document described as  **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE SET FOR MARCH 26, 2008**   by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## ** SEE ATTACHED MAILING LIST **

_____  (BY MAIL) I deposited such envelope in the mail at Los Angeles,  California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same date in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressee(s).

  **X**   **(BY ELECTRONIC TRANSFER)**  I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL).  This document was transmitted by electronic transmission and reported without error.

\_\_\_\_  (BY FEDERAL EXPRESS)  I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

_____  STATE:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  **X**   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 31, 2008 at Los Angeles, California.

                         /S/
                       MERLENE FLETCHER

**SERVICE LIST**

*DeFatta v. Intuit, Inc., et al.*
**USDC, Northern District Case No. C07 04788 RS**

[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH:  (650) 801-5000<br>FX:  (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant.<br>INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH:  (713) 626-2100<br>FX:  (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH:  (713) 650-1111<br>FX:  (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff,<br>TRACY DeFATTA |

**STIPULATION REGARDING CASE MANAGEMENT CONFERENCE SET FOR MARCH 26, 2008**