## In the United States District Court
## for the Northern District of California

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**     March 27, 2008

**Court Reporter:**     Not Recorded

**Case No.:**     C-07-4788 RS (EMC)

**Case Name:**     Tracy DeFatta v. Intuit, Inc.

**Counsel:**
**Plf:**   Paul A. Trainia                          **Def:**   Evette D. Pennypacker
         Bryan C. Payne                                      Sayuri Sharper
         Andrew Sher

**Outcome of Settlement Conference:**

|            |                     |
|------------|---------------------|
| _____   | Settled             |
| _____   | Partial settlement  |
|    X       | Did not settle      |
| _____   | Other:              |

**Notes:** Further Settlement Conference scheduled for April 29, 2008 at 9:30 a.m.; Court to issue Scheduling Order

**Time:** 6.0 hours

                                                    /s/
                                            Leni Doyle, Deputy Clerk


cc:     EMC, RS