QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-04788-RS<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |

51276/2449686.1

FURTHER CASE MANAGEMENT STATEMENT

1  Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited ("Plaintiff") and Defendant Intuit
2  Inc. ("Intuit") jointly submit this Further Case Management Statement.
3  The parties had a case management conference on January 9, 2008. No case schedule was
4  set at that time. By order dated January 10, 2008, this Court ordered the parties to mediation
5  before Magistrate Judge Chen. The parties participated in this mediation on March 27, 2008. The
6  case did not settle. The parties agreed to a procedure for the provision of further information and
7  to participate in a further settlement conference before Magistrate Judge Chen. By order dated
8  March 27, 2008, Magistrate Judge Chen set a further settlement conference for April 29, 2008.
9  Given the parties' agreement to a further settlement conference before Magistrate Judge
10 Chen on April 29, 2008, the parties request that the Court refrain from entering a case schedule at
11 this time and set a further case management conference for a time convenient for the Court after
12 April 29, 2008.

14 DATED: March 28, 2008                ENGSTROM, LIPSCOM & JACK

16                                       By _____

17                                       Attorneys for Plaintiff Tracy DeFatta

18 DATED: March 28, 2008                QUINN EMANUEL URQUHART OLIVER &
19                                       HEDGES, LLP

21                                       By _Evette D. Pennypacker/SCC_____
                                         Evette D. Pennypacker
22                                       Attorneys for Defendant Intuit Inc.