**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    TRACY DeFATTA, individually and on          No. C-07-4788 RS (EMC)
     behalf of herself and all others similarly
9    situated, dba Bookkeeping Unlimited,

10              Plaintiff,
                                                 **CLERK'S NOTICE**
11         v.

12   INTUIT, INC.,

13              Defendant.
     _____/
14

15

16         TO ALL PARTIES AND COUNSEL OF RECORD:

17         YOU ARE NOTIFIED THAT the Settlement Conference set for April 29, 2008, at 9:30 a.m.

18   before Magistrate Judge Edward M. Chen has been changed to **May 6, 2008, at 1:30 p.m.**

19         ♦      **Settlement Conference statements shall be lodged by hard copy only with Judge**

20                **Chen's Chambers by April 29, 2008.  Statements shall not be electronically filed.**

21         All other provisions of this Court's original Notice of Settlement Conference and Settlement

22   Conference Order shall remain in effect.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at

2    (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

3

4    Dated: April 17, 2008                         RICHARD W. WIEKING, CLERK

5

6                                                  By:  _____/s/_____

7                                                        Leni Doyle
                                                         Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2