**United States District Court**

For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    TRACY DeFATTA, individually and on          No. C-07-4788 RS (EMC)
     behalf of herself and all others similarly
9    situated, dba Bookkeeping Unlimited,

10              Plaintiff,
                                                 **CLERK'S NOTICE**
11        v.

12   INTUIT, INC.,

13              Defendant.
     _____/

14

15

16       TO ALL PARTIES AND COUNSEL OF RECORD:

17       YOU ARE NOTIFIED THAT the Further Settlement Conference set for May 6, 2008, at

18   1:30 p.m. before Magistrate Judge Edward M. Chen has been **VACATED**.

19       Counsel is instructed to jointly call the Court (415/522-4050) by May 27, 2008 to reschedule

20   this Further Settlement Conference.

21

22   Dated: May 5, 2008                        RICHARD W. WIEKING, CLERK

23

24                                             By: _____/s/_____
                                                       Leni Doyle
25                                                     Deputy Clerk

26

27

28