WALTER J. LACK (SBN 57550)
PAUL A. TRAINA (CA SBN 155805)
BRYAN C. PAYNE, (CA SBN 230966)
ENGSTROM, LIPSCOMB & LACK
10100 SANTA MONICA BLVD., 16TH FL.
LOS ANGELES, CA 90067
Tel: (310) 552-3800
Fax: (310) 552-9434

ANDREW SHER (TX SBN 007899623) (*pro hac vice to be requested*)
**THE SHER LAW FIRM P.L.L.C.**
3100 Timmons Lane, Suite 101
Houston, TX 77027
Telephone:   (713) 626-2100
Facsimile:    (713) 626-2101

ALEXANDER B. KLEIN, III (TX SBN 1155625) (*pro hac vice to be requested*)
**THE KLEIN LAW FIRM**
2000 The Lyric Center
440 Louisiana
Houston, TX 77002
Telephone:   (713) 650-1111
Facsimile:    (713) 227-1121

Attorneys for Plaintiff **TRACY DeFATTA**
d/b/a **BOOKKEEPING UNLIMITED**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA, d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07 04788 RS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE:    May 21, 2008<br>TIME:    2:30 p.m.<br>CRTRM:  4 |

Pursuant to the Court's order of March 31, 2008, Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited and Defendant Intuit, Inc. submit this joint Case Management Conference Statement.

//

**CASE STATUS**

On March 27, 2008, the parties appeared before Magistrate Judge Edward M. Chen for a mandatory settlement conference. While no settlement was reached at that time, the parties agreed to engage in informal discovery that both sides believe will facilitate settlement discussions. The parties have been engaged in exchanging information and expect to continue that process through early June 2008. The parties also agreed to meet for an additional settlement conference once certain discovery has been produced, reviewed and analyzed. As ordered by Magistrate Judge Chen, the parties are to jointly select a new date on which to meet for the additional settlement conference by May 27, 2008.

In light of the on-going efforts to resolve this matter, the parties respectfully request that the Court delay putting into place a case schedule until after the further settlement conference has been held, which is likely to take place towards the end of June 2008. The parties also respectfully request that the Case Management Conference currently scheduled for May 21, 2008 be continued to early July 2008 to allow the parties to complete the further agreed-to mediation process.

Dated: May 14, 2008            ENGSTROM, LIPSCOMB & LACK
                               THE SHER LAW FIRM P.L.L.C.
                               THE KLEIN LAW FIRM

                               By:    /s/ Bryan C. Payne
                                      WALTER J. LACK
                                      PAUL A. TRAINA
                                      BRYAN C. PAYNE
                                      ANDREW SHER
                                      ALEXANDER B. KLEIN, III
                                      Attorneys for Plaintiff

DATED: May 14, 2008            QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP


                               By:         /s/
                                      EVETTE D. PENNYPACKER
                                      Attorneys for Defendant

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         )ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107. On May 14, 2008 O served the foregoing document described as **JOINT CASE MANAGEMENT STATEMENT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

** SEE ATTACHED MAILING LIST **

____ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

**X** (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL). This document was transmitted by electronic transmission and reported without error.

____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X** FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 14, 2008 at Los Angeles, California.

/S/
MERLENE FLETCHER

301798

3

**JOINT CASE MANAGEMENT STATEMENT**

# SERVICE LIST

*DeFatta v. Intuit, Inc., et al.*
USDC, Northern District Case No. C07 04788 RS
[Santa Clara County Superior Court – Old Courthouse – Case No. 107CV091687]

| Attorney | Phone/Fax | Party |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for Defendant. INTUIT INC. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff, TRACY DeFATTA |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff, TRACY DeFATTA |