**United States District Court**
For the Northern District of California

***E-FILED***
**May 15, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY DeFATTA,                          No. C 07-4788 RS

    Plaintiff,

  v.                                   **CLERK'S NOTICE**

INTUIT, INC.

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for May 21, 2008 at 2:30 p.m. has been continued to **July 9, 2008 at 2:30 p.m.**

Dated: May 15, 2008

                                       For the Court,
                                       RICHARD W. WEIKING, Clerk

                                       By:   /s/ Martha Parker Brown
                                                   Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Bryan Clayton Payne     bpayne@elllaw.com, andrew@sher-law.com, mfletcher@elllaw.com, ptraina@elllaw.com, zsamuels@elllaw.com

Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

Sayuri K. Sharper     sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Claude M. Stern     claudestern@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern     claudestern@quinnemanuel.com