UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA, individually and on behalf of herself and all others similarly situated, dba Bookkeeping Unlimited,<br><br>    Plaintiff,<br><br>    v.<br><br>INTUIT, INC.,<br><br>    Defendant.<br>_____/ | No. C-07-4788 RS (EMC)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Settlement Conference set for July 10, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **July 22, 2008, at 9:30 a.m.**

♦     **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by July 15, 2008.  Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

Dated: June 20, 2008                                RICHARD W. WIEKING, CLERK


By: _____/s/_____
    Leni Doyle
    Deputy Clerk