QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 096737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Sayuri K. Sharper (Bar No. 232331)
  sayurisharper@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
Intuit Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-04788-RS<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |

1  Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited ("Plaintiff") and Defendant Intuit
2  Inc. ("Intuit") jointly submit this Further Case Management Statement.
3  On March 27, 2008, the parties appeared before Magistrate Judge Chen for a mandatory
4  settlement conference. Although this case has not settled, the parties have been engaged in
5  informal discovery to facilitate settlement discussions. In connection with these efforts, Intuit
6  provided Plaintiff with additional discovery materials on June 16, 2008. The parties have also
7  agreed to participate in a further settlement conference before Magistrate Judge Chen. The earliest
8  available date on Magistrate Judge Chen's calendar that all parties could attend is July 22, 2008.
9  Accordingly, Magistrate Judge Chen issued an order scheduling a further mediation between the
10 parties for that date.
11 Given the on-going efforts to settle this case, the parties respectfully request that this Court
12 continue the Case Management Conference, currently set for July 9, 2008, for a time convenient
13 for the Court after July 22, 2008.

16 DATED: June 30, 2008        ENGSTROM, LIPSCOM & JACK

18                              By  /s/ Bryan C. Payne
                                    Bryan C. Payne
19                                  Attorneys for Plaintiff Tracy DeFatta

20 DATED: June 30, 2008        QUINN EMANUEL URQUHART OLIVER &
21                              HEDGES, LLP

23                              By   /s/ Evette D. Pennypacker
                                    Evette D. Pennypacker
24                                  Attorneys for Defendant Intuit Inc.

**Signature Attestation**

I hereby attest that Plaintiff's counsel, Bryan C. Payne, read and agreed to the above **FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** and gave Quinn Emanuel permission to sign and file the joint statement on his behalf.

DATED:  June 30, 2008                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/  Evette D. Pennypacker
    Evette D. Pennypacker
    Attorneys for Defendant