**United States District Court**
For the Northern District of California

**\*E-FILED\***
**July 1, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY DeFATTA,

    Plaintiff,

  v.

INTUIT, INC.,

    Defendant.
_____/

No. C 07-04788 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The further case management conference in the above-captioned matter currently set for July 9, 2008 at 9:30 a.m. has been continued to **August 6, 2008 at 9:30 a.m.**

Dated: July 1, 2008

                For the Court,
                RICHARD W. WEIKING, Clerk

                By:   /s/ Martha Parker Brown
                          Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Bryan Clayton Payne     bpayne@elllaw.com, andrew@sher-law.com, mfletcher@elllaw.com, ptraina@elllaw.com, zsamuels@elllaw.com

Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

Sayuri K. Sharper     sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Claude M. Stern     claudestern@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern     claudestern@quinnemanuel.com