**\*E-FILED\***
**July 2, 2008**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA, | No. C 07-04788 RS |
| Plaintiff, | |
| v. | **CORRECTED CLERK'S NOTICE** |
| INTUIT, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The further case management conference in the above-captioned matter currently set for July 9, 2008 at 2:30 p.m. has been continued to **August 6, 2008 at 2:30 p.m.**

Dated: July 2, 2008

    For the Court,
    RICHARD W. WEIKING, Clerk

    By:   /s/ Martha Parker Brown
            Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Bryan Clayton Payne     bpayne@elllaw.com, andrew@sher-law.com, mfletcher@elllaw.com, ptraina@elllaw.com, zsamuels@elllaw.com

Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

Sayuri K. Sharper     sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Claude M. Stern     claudestern@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern     claudestern@quinnemanuel.com