**In the United States District Court
for the Northern District of California**

Further Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**      July 22, 2008

**Court Reporter:**      FTR 072208 (12:32 - 12:38)

**Case No.:**      C-07-4788 RS (EMC)

**Case Name:**      Tracy DeFatta v. Intuit, Inc.

**Counsel:**
**Plf:**   Paul A. Traina                                **Def:**   Evette D. Pennypacker
           Bryan C. Payne                                           Sayuri Sharper

**Outcome of Settlement Conference:**

|   X   |   Settled |
|-------|-----------|
|       |   Partial settlement |
|       |   Did not settle |
|       |   Other: |

**Notes:**

**Time:** 3.0 hours


                                                        /s/
                                            Leni Doyle, Deputy Clerk


cc:      EMC, RS