1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 096737)
2   claudestern@quinnemanuel.com
    Evette D. Pennypacker (Bar No. 203515)
3   evettepennypacker@quinnemanuel.com
    Sayuri K. Sharper (Bar No. 232331)
4   sayurisharper@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100
   Attorneys for Defendant
7  Intuit Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TRACY DeFATTA d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-04788-RS<br><br>**FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited ("Plaintiff") and Defendant Intuit Inc. ("Intuit") jointly submit this Further Case Management Statement.

On March 27, 2008 and July 22, 2008, the parties appeared before Magistrate Judge Chen for a mandatory settlement conference. During the session on July 22, 2008, the parties agreed to a confidential settlement, the terms of which were put on a sealed record by Magistrate Judge Chen. The parties are currently drafting a settlement agreement to memorialize, in writing, the terms they agreed to on July 22, 2008.

DATED: July 29, 2008    ENGSTROM, LIPSCOM & JACK

By   /s/ Bryan C. Payne
Bryan C. Payne
Attorneys for Plaintiff Tracy DeFatta

DATED: July 29, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By    /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendant Intuit Inc.

**Signature Attestation**

I hereby attest that Plaintiff's counsel, Bryan C. Payne, read and agreed to the above **FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** and gave Quinn Emanuel permission to sign and file the joint statement on his behalf.

DATED: July 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/  Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendant