**United States District Court**
For the Northern District of California

**\*E-FILED\***
**July 31, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRACY DeFATTA,

    Plaintiff,

v.

INTUIT, INC.,

    Defendant.
_____/

No. C 07-04788 RS

**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Further Case Management Conference set for August 6, 2008. The parties are required to file a stipulation of dismissal by **October 1, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 8, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

    Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: July 31, 2008

                                    RICHARD SEEBORG
                                    United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Bryan Clayton Payne    bpayne@elllaw.com, andrew@sher-law.com, mfletcher@elllaw.com, ptraina@elllaw.com, zsamuels@elllaw.com

Evette Dionna Pennypacker    evettepennypacker@quinnemanuel.com

Sayuri K. Sharper    sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

Claude M. Stern    claudestern@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern    claudestern@quinnemanuel.com

Dated: July 31, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg