1  WALTER J. LACK (SBN 57550)
   PAUL A. TRAINA (CA SBN 155805)
2  BRYAN C. PAYNE, (CA SBN 230966)
   ENGSTROM, LIPSCOMB & LACK
3  10100 SANTA MONICA BLVD., 16TH FL.
   LOS ANGELES, CA  90067
4  Tel:  (310) 552-3800
   Fax:  (310) 552-9434
5

6  ANDREW SHER (TX SBN 007899623)
   **THE SHER LAW FIRM P.L.L.C.**
7  3100 Timmons Lane, Suite 101
   Houston, TX 77027
8  Telephone:    (713) 626-2100
   Facsimile:    (713) 626-2101
9

10 ALEXANDER B. KLEIN, III (TX SBN 1155625)
   **THE KLEIN LAW FIRM**
11 2000 The Lyric Center
   440 Louisiana
12 Houston, TX 77002
   Telephone:    (713) 650-1111
13 Facsimile:    (713) 227-1121

14
15 Attorneys for Plaintiff
   **TRACY DeFATTA**
16 **d/b/a BOOKKEEPING UNLIMITED**

17             **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19 TRACY DeFATTA, d/b/a BOOKKEEPING       | **CASE NO.**  C07 04788 RS
20 UNLIMITED, Individually and on behalf of
   herself, and all others similarly situated,
21
            Plaintiff,                    | **JOINT STIPULATION OF VOLUNTARY
22                                           DISMISSAL WITH PREJUDICE**
   vs.
23                                         | **[PROPOSED ORDER]**
   INTUIT INC., and DOES 1 through 100,
24 inclusive,

25          Defendants.

26

27    Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited ("Plaintiff") and Defendant Intuit, Inc.

28 ("Defendant"), through their respective counsel of record, agree and stipulate as follows:

304668                                    1

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]**

1    WHEREAS, on or about August 8, 2007, Plaintiff filed a Class Action Complaint against Intuit

2  (Case No. 107CV091867) in Santa Clara County Superior Court concerning QuickBooks 2006 and

3  2007 and asserted the following claims for relief: (1) violations of Section 17200 of the California

4  Business & Professions Code, et seq.; (2) breach of contract; (3) conversion; and (4) violations of

5  Section 17500 of the California Business & Professions Code, et seq.  Defendant removed the case to

6  the Northern District of California on September 17, 2007.  The case was assigned to Magistrate Judge

7  Richard G. Seeborg and designated Case No. 07-CV-04788-RS (the "Action");

8    WHEREAS, the Action was filed as a Class Action but has not been certified as such;

9    WHEREAS, because a Class has not been certified, no prejudice to absent putative Class

10  members will result from dismissal of the Action;

11    WHEREAS, the parties to the Action have settled their dispute, and all steps to consummate

12  that settlement, except formal dismissal of the Action, have been completed.

13    THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and

14  agree:

15    The parties to the Action submit this Joint Stipulation of Voluntary Dismissal pursuant to

16  Rule 41(a)(1) of the Federal Rules of Civil Procedure and request the Court to dismiss the Action **with**

17  **prejudice**.

18

19

20  Dated: August 6, 2008                    ENGSTROM, LIPSCOMB & LACK
                                            THE SHER LAW FIRM P.L.L.C.
21                                          THE KLEIN LAW FIRM

22                                          By:___/s/ Bryan C. Payne_____
23                                               WALTER J. LACK
                                                 PAUL A. TRAINA
24                                               BRYAN C. PAYNE
                                                 ANDREW SHER
25                                               ALEXANDER B. KLEIN, III
                                                 Attorneys for Plaintiff
26

27

28

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]

1  DATED: August 6, 2008                QUINN EMANUEL URQUHART OLIVER &
2                                        HEDGES, LLP

3                                        By:_____/s/_____
4                                              EVETTE D. PENNYPACKER
                                               Attorneys for Defendant
5

6                                        **ORDER**

7

8        PURSUANT TO STIPULATION, IT IS SO ORDERED.  This action is hereby dismissed **with**
9  **prejudice**.

10

11

12

13  DATED: _____    _____
14                                        RICHARD SEEBORG
                                          UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                               )ss.
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067-4107.  On August 6, 2008 O served the foregoing document described as **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## ** SEE ATTACHED MAILING LIST **

_____ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. Postal Service on that same date in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__ **(BY ELECTRONIC TRANSFER)**  I caused all of the pages of the above-entitled documents (PDF copy) to be transmitted to the recipients noted on the attached mailing list via electronic transfer (EMAIL).  This document was transmitted by electronic transmission and reported without error.

___ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

_____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 6, 2008at Los Angeles, California.


_____/S/_____
MERLENE FLETCHER

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]**

## SERVICE LIST

**DeFatta v. Inuit, Inc., et al.**
**USDC, Northern District, Case No. 0704788RS**

| ATTORNEY | PHONE/FAX | PARTY |
|---|---|---|
| Claude M. Stern, Esq.<br>Evette D. Pennypacker, Esq.<br>Sayuri K. Sharper, Esq.<br>QUINN EMANUEL<br>URQUHART OLIVER &<br>HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 | PH: (650) 801-5000<br>FX: (650) 801-5100<br>claudestern@quinnemanuel.com<br>evettepennypacker@quinnemanuel.com<br>sayurisharper@quinnemanuel.com | Attorneys for<br>Defendant, Intuit, Inc. |
| Andrew Sher, Esq.<br>THE SHER LAW FIRM PLLC<br>3100 Timmons Lane, Suite 101<br>Houston, TX 77027 | PH: (713) 626-2100<br>FX: (713) 626-2101<br>andrew@sher-law.com | Co-Counsel for Plaintiff<br>Tracy DeFatta |
| Alexander B. Klein, III, Esq.<br>THE KLEIN LAW FIRM<br>2000 The Lyric Center<br>440 Louisiana<br>Houston, TX 77002 | PH: (713) 650-1111<br>FX: (713) 227-1121<br>alex@thekleinlawfirm.com | Co-Counsel for Plaintiff<br>Tracy DeFatta |

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]