```
 1  WALTER J. LACK (SBN 57550)
    PAUL A. TRAINA (CA SBN 155805)
 2  BRYAN C. PAYNE, (CA SBN 230966)
    ENGSTROM, LIPSCOMB & LACK
 3  10100 SANTA MONICA BLVD., 16TH FL.
    LOS ANGELES, CA 90067
 4  Tel:  (310) 552-3800
 5  Fax: (310) 552-9434

 6  ANDREW SHER (TX SBN 007899623)
    THE SHER LAW FIRM P.L.L.C.
 7  3100 Timmons Lane, Suite 101
 8  Houston, TX 77027
    Telephone:   (713) 626-2100
 9  Facsimile:   (713) 626-2101

10  ALEXANDER B. KLEIN, III (TX SBN 1155625)
    THE KLEIN LAW FIRM
11  2000 The Lyric Center
12  440 Louisiana
    Houston, TX 77002
13  Telephone:   (713) 650-1111
    Facsimile:   (713) 227-1121
14
    Attorneys for Plaintiff
15  TRACY DeFATTA
    d/b/a BOOKKEEPING UNLIMITED
16
```

**FILED**

AUG = 8 2008

RICHARD W.
CLERK, U.S. DIST.
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DeFATTA, d/b/a BOOKKEEPING UNLIMITED, Individually and on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTUIT INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07 04788 RS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>**<br><br>[~~PROPOSED ORDER~~] |

Plaintiff Tracy DeFatta d/b/a Bookkeeping Unlimited ("Plaintiff") and Defendant Intuit, Inc. ("Defendant"), through their respective counsel of record, agree and stipulate as follows:

304668

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]

1  WHEREAS, on or about August 8, 2007, Plaintiff filed a Class Action Complaint against Intuit (Case No. 107CV091867) in Santa Clara County Superior Court concerning QuickBooks 2006 and 2007 and asserted the following claims for relief: (1) violations of Section 17200 of the California Business & Professions Code, et seq.; (2) breach of contract; (3) conversion; and (4) violations of Section 17500 of the California Business & Professions Code, et seq. Defendant removed the case to the Northern District of California on September 17, 2007. The case was assigned to Magistrate Judge Richard G. Seeborg and designated Case No. 07-CV-04788-RS (the "Action");

WHEREAS, the Action was filed as a Class Action but has not been certified as such;

WHEREAS, because a Class has not been certified, no prejudice to absent putative Class members will result from dismissal of the Action;

WHEREAS, the parties to the Action have settled their dispute, and all steps to consummate that settlement, except formal dismissal of the Action, have been completed.

THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree:

The parties to the Action submit this Joint Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and request the Court to dismiss the Action **with prejudice**.

Dated: August 6, 2008

ENGSTROM, LIPSCOMB & LACK
THE SHER LAW FIRM P.L.L.C.
THE KLEIN LAW FIRM

By: /s/ Bryan C. Payne
    WALTER J. LACK
    PAUL A. TRAINA
    BRYAN C. PAYNE
    ANDREW SHER
    ALEXANDER B. KLEIN, III
    Attorneys for Plaintiff

304668

2

JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [PROPOSED ORDER]

1  DATED: August 6, 2008                QUINN EMANUEL URQUHART OLIVER &
2                                        HEDGES, LLP
3
                                         By:_____/s/_____
4                                             EVETTE D. PENNYPACKER
                                              Attorneys for Defendant
5

6                                         **ORDER**

7

8       PURSUANT TO STIPULATION, IT IS SO ORDERED.  This action is hereby dismissed **with**

9  **prejudice**.

10

11

12  DATED: _8/8/08_____           _____/s/ Richard Seeborg_____
13                                         RICHARD SEEBORG
                                           UNITED STATES MAGISTRATE JUDGE
14